# SCHULTE ROTH & ZABEL LLP

919 Third Avenue
New York, NY 10022
(212) 756-2000
fax (212) 593-5955

*www.srz.com*

Writer's Direct Number
212.756.2339

Writer's E-mail Address
benjamin.levi@srz.com

July 25, 2003

**VIA FACSIMILE**

Jerold B. Schnayer, Esq.
Welsh & Katz, Ltd.
120 South Riverside Plaza
Chicago, IL 60606

Re: Minebea Co., Ltd. et al. v. Papst Licensing GmbH, et al.
Our File: 861975/0010

Dear Mr. Schnayer:

We write in response to your letter of June 25. We also address other deficiencies in your document production, which, despite our previous requests, you have failed to remedy.

We once again repeat our request for the following categories of documents, each of which were the subject of our formally- and timely-served document requests. Please immediately produce:

- All files pertaining to the Hitachi litigation/licensing matter (*see* Smith Tr. at p. 66/ln 20 – p. 67/ln 1). These documents are responsive at least to Plaintiffs' First Set of Document Requests To Defendant Georg Papst, Nos. 5, 6, 8, 10-17; Plaintiffs' First Set of Document Requests To Defendant Papst Licensing GmbH, Nos. 4, 6, 7, 9, 11-14, 18; Plaintiffs' Second Set of Document Requests to Defendants, Nos. 2, 3, 5, 7-12, 15, 17, 20, 22-25, 27, 30, 47, 48, 50-52, 54-56, 88; Plaintiffs' Third Set of Document Requests to Defendants, Nos. 1, 20-24, 43; and Plaintiffs' Post-MDL Document Requests to Defendants, Nos. 1, 4, 6-8, 11-23, 27-30, 35, 36, 64, 65, 68, 69, 71-3, 105, 108, 109, 130.

- All files pertaining to the Microsciences litigation/licensing matter (*see* Smith Tr. at p. 66/ln 20 – p. 67/ln 1). These documents are responsive at least to Plaintiffs' First Set of Document Requests To Defendant Georg Papst, Nos. 5, 6, 8, 10-17; Plaintiffs' First Set of Document Requests To Defendant Papst Licensing GmbH, Nos. 4, 6, 7, 9, 11-14, 18; Plaintiffs'

9463588.1

EXHIBIT 8

Jerold B. Schnayer, Esq.
July 25, 2003
Page 2

    Second Set of Document Requests to Defendants, Nos. 2, 3, 5, 7-15, 17, 20, 22-25, 27, 30, 47, 48, 50-52, 54-56, 88; Plaintiffs' Third Set of Document Requests to Defendants, Nos. 1, 10, 20-24, 33, 43; and Plaintiffs' Post-MDL Document Requests to Defendants, Nos. 1, 4, 6-8, 11-23, 27-30, 33-37, 64, 65, 67-69, 71-3, 105, 108, 109, 113-121, 130;

- All copies of draft complaints sent to Nippon Densan (*see* Smith Tr. at p. 67/ln 2-5). These documents are responsive at least to Plaintiffs' First Set of Document Requests To Defendant Georg Papst, Nos. 5, 6, 8, 10-17; Plaintiffs' First Set of Document Requests To Defendant Papst Licensing GmbH, Nos. 4, 6, 7, 9, 11-14, 18; Plaintiffs' Second Set of Document Requests to Defendants, Nos. 2, 3, 5, 7-15, 17, 20, 22-25, 27, 30, 47, 48, 50-52, 54-56; Plaintiffs' Third Set of Document Requests to Defendants, Nos. 1, 20; and Plaintiffs' Post-MDL Document Requests to Defendants, Nos. 6, 7, 11-23, 27-30, 35, 36, 64, 65, 67-9, 71-3, 105.

- All information maintained by Finnegan Henderson, including all information maintained by the docketing system, regarding the patents in suit (*see* Smith Tr. at p. 108/ln 6-9). These documents are responsive at least to Plaintiffs' First Set of Document Requests To Defendant Georg Papst, Nos. 1, 8, 10-12, 14, 15; Plaintiffs' First Set of Document Requests To Defendant Papst Licensing GmbH, Nos. 2, 4, 6-9, 11-20; Plaintiffs' Second Set of Document Requests to Defendants, Nos. 2-25, 27-34, 39, 47-52, 54-56, 72, 86, 88, 90-92; Plaintiffs' Third Set of Document Requests to Defendants, Nos. 1, 3, 11, 12, 14, 20, 21, 22, 23, 24, 26, 34, 35, 37, 43; Plaintiffs' Post-MDL Document Requests to Defendants, Nos. 6, 9, 11-22, 25, 27-30, 35, 36, 39-52, 64, 65, 67-9, 71-3, 108, 109.

- All copies of the file jackets of each of the patents in suit that were or are being prosecuted by Finnegan Henderson (*see* Smith Tr. at p. 108/ln 10-13). These documents are responsive at least to Plaintiffs' First Set of Document Requests To Defendant Georg Papst, No. 8; Plaintiffs' First Set of Document Requests To Defendant Papst Licensing GmbH, Nos. 2, 4, 9, 11, 12; Plaintiffs' Second Set of Document Requests to Defendants, Nos. 23-25, 27-30, 39, 47, 48, 90, 91; Plaintiffs' Third Set of Document Requests to Defendants, No. 20; and Plaintiffs' Post-MDL Document Requests to Defendants, Nos. 9, 25, 39-52, 64, 65, 108, 109.

- A specific identification of all documents, contents, and materials from Mr. Richard Smith's Minebea file that have been produced (*see* Smith Tr. at p. 154/ln 12 – p. 155/ln 3, and Smith Tr. at p. 161/ln 11-16). These are responsive at least to Plaintiffs' First Set of Document Requests To Defendant Georg Papst, Nos. 1, 3-8, 10-19; Plaintiffs' First Set of Document Requests To Defendant Papst Licensing GmbH, Nos. 1-20; Plaintiffs' Second Set of Document Requests to Defendants, Nos. 1-25,

9463588.1

Jerold B. Schnayer, Esq.
July 25, 2003
Page 3

> 27-34, 39, 47-52, 54-56, 72, 86, 88, 90-92; Plaintiffs' Third Set of Document Requests to Defendants, No. 20; and Plaintiffs' Post-MDL Document Requests to Defendants, Nos. 4, 6, 11-25, 27-32, 37-52, 64-9, 71-3, 102-104, 108-9.

- A specific identification of all documents, contents, and materials from Mr. Richard Smith's Minebea file that have been withheld from production due to privilege or work product (*see* Smith Tr. at p. 154/ln 12 – p. 155/ln 3, and Smith Tr. at p. 161/ln 11-16). These are responsive at least to Plaintiffs' First Set of Document Requests To Defendant Georg Papst, Nos. 1, 3-8, 10-19; Plaintiffs' First Set of Document Requests to Defendant Papst Licensing GmbH, Nos. 1-20; Plaintiffs' Second Set of Document Requests to Defendants, Nos. 1-25, 27-34, 39, 47-52, 54-56, 72, 86, 88, 90-92; Plaintiffs' Third Set of Document Requests to Defendants, No. 20; and Plaintiffs' Post-MDL Document Requests to Defendants, Nos. 4, 6, 11-25, 27-32, 37-52, 64-9, 71-3, 102-104, 108-9.

- A full copy, with all referenced attachments, of Plaintiffs' Exhibit 79 (*see* Smith Tr. at p. 297/ln 15 – p. 298/ln 2). This is responsive at least to Plaintiffs' First Set of Document Requests To Defendant Georg Papst, Nos. 3-8, 10-19; Plaintiffs' First Set of Document Requests to Defendant Papst Licensing GmbH, Nos. 6, 9, 11-17, 20; Plaintiffs' Second Set of Document Requests to Defendants, Nos. 2, 5, 7-10, 17; Plaintiffs' Third Set of Document Requests to Defendants, No. 20; and Plaintiffs' Post-MDL Document Requests to Defendants, Nos. 6, 9, 11-17, 22, 25, 27-8, 66-9, 73, 108.

- Discovery produced to Papst by Seagate in Papst's litigation against Seagate (*see* Smith Tr. at p. 323/ln 4-7). These documents are responsive at least to Plaintiffs' First Set of Document Requests To Defendant Georg Papst, Nos. 3-6, 8, 10-19; Plaintiffs' First Set of Document Requests to Defendant Papst Licensing GmbH, Nos. 4-20; Plaintiffs' Second Set of Document Requests to Defendants, Nos. 1-3, 5, 7-15, 17, 20-24, 27, 55, 56; Plaintiffs' Third Set of Document Requests to Defendants, Nos. 11, 12, 20, 21, 23; and Plaintiffs' Post-MDL Document Requests to Defendants, Nos. 10, 24, 26-36, 64, 65, 67-9, 71-3, 105, 115, 117.

- All indemnification agreements referred to in Plaintiffs' exhibit 82 (*see* Smith Tr. at p. 323/ln 4-7). These are responsive at least to Plaintiffs' First Set of Document Requests To Defendant Georg Papst, Nos. 1, 3-19; Plaintiffs' First Set of Document Requests to Defendant Papst Licensing GmbH, Nos. 4, 6-20; Plaintiffs' Second Set of Document Requests to Defendants, Nos. 2, 5, 7-10, 13-15, 55, 56; Plaintiffs' Third Set of Document Requests to Defendants, No. 20; and Plaintiffs' Post-MDL

9463588.1

Jerold B. Schnayer, Esq. 
July 25, 2003
Page 4

    Document Requests to Defendants, Nos. 10, 11-21, 27-30, 36, 41, 42, 48, 64, 65, 71-3, 108, 115, 121(b).

- The whole set of agreements including the file folder or folders in which the agreements were maintained relating to the creation and termination of the joint venture between Minebea and Papst Motoren, (*see* Smith Tr. at p. 356/ln 22 – p. 357/ln 7). These documents are responsive at least to Plaintiffs' First Set of Document Requests To Defendant Georg Papst, Nos. 2-19; Plaintiffs' First Set of Document Requests to Defendant Papst Licensing GmbH, Nos. 1-20; Plaintiffs' Second Set of Document Requests to Defendants, Nos. 1, 2, 5, 7-13, 15-24, 27, 28, 38-43, 47-52, 55, 56, 62, 67, 72-78, 83, 85, 87, 89-92; Plaintiffs' Third Set of Document Requests to Defendants, No. 20; and Plaintiffs' Post-MDL Document Requests to Defendants, Nos. 9, 10, 25, 26, 28-32, 37-52, 56-61, 64-69, 71-3, 78-85, 87, 89-102, 104-109, 111.

- A copy of Defendant's Exhibit 8 from Mr. Smith's files (*see* Smith Tr. at p. 373/ln 1-7). These documents are responsive at least to Plaintiffs' First Set of Document Requests To Defendant Georg Papst, Nos. 3-8, 10-19; Plaintiffs' First Set of Document Requests to Defendant Papst Licensing GmbH, Nos. 6, 9, 11-17, 20; Plaintiffs' Second Set of Document Requests to Defendants, Nos. 2, 5, 7-12, 17, 20, 21; Plaintiffs' Third Set of Document Requests to Defendants No. 20; and Plaintiffs' Post-MDL Document Requests to Defendants, Nos. 6, 9, 12-17, 22, 25, 27-34, 36, 38-41, 48, 64-66, 68, 69, 72, 73, 107-109.

- Copy from Defendant's file of Plaintiffs' Exhibit 90 (*see* Schnayer Tr. at p. 225/ln 22 – p. 226/ln 2). These are responsive at least to Plaintiffs' First Set of Document Requests To Defendant Georg Papst, Nos. 3-8, 10-19; Plaintiffs' First Set of Document Requests to Defendant Papst Licensing GmbH, Nos. 4-9, 11-20; Plaintiffs' Second Set of Document Requests to Defendants, Nos. 2, 8-11; Plaintiffs' Third Set of Document Requests to Defendants, No. 20; and Plaintiffs' Post-MDL Document Requests to Defendants, Nos. 6, 9, 12-17, 22, 25, 27-34, 36, 38-41, 48, 64-66, 68, 69, 72, 73, 107-109.

- Time, billing, travel records, and passport, indicating the location of Mr. Jerold Schnayer on or about October 5, 1993 (*see* Schnayer Tr. at p. 234/ln 1-4). These are responsive at least to Plaintiffs' First Set of Document Requests To Defendant Georg Papst, Nos. 4, 5, 11; Plaintiffs' First Set of Document Requests to Defendant Papst Licensing GmbH, Nos. 5, 20; Plaintiffs' Second Set of Document Requests to Defendants, Nos. 2, 8- 11, 13; Plaintiffs' Third Set of Document Requests to Defendants, No. 20; and Plaintiffs' Post-MDL Document Requests to Defendants, Nos. 5, 12, 20, 36, 38.

9463588.1

Jerold B. Schnayer, Esq.
July 25, 2003
Page 5

- Confirmation that Defendant's Exhibit 81, a December 5, 1994 letter, was actually sent to Mr. Joel Lutzker on or about December 5, 1994 (*see* Lutzker 5/19 Tr. at p. 162/ln 2-13; *see also* our letters of April 28, 2003 and May 1, 2003). This is responsive at least to Plaintiffs' First Set of Document Requests To Defendant Georg Papst, Nos. 4, 5, 8, 10-19; Plaintiffs' First Set of Document Requests to Defendant Papst Licensing GmbH, Nos. 5, 6, 9, 11-14, 20; Plaintiffs' Second Set of Document Requests to Defendants, Nos. 2, 3, 9, 10, 13, 18, 19; Plaintiffs' Third Set of Document Requests to Defendants, No. 20; and Plaintiffs' Post-MDL Document Requests to Defendants, Nos. 6, 12, 14, 15, 16, 22, 25, 28-33, 37-41, 48, 64-66, 68, 73, 108.

- The pages 1, 4 – 15, 17 – 22, and 25 – onward missing from plaintiffs' exhibit 87. (*See* Schnayer Tr. at 98: 10-19.) This is responsive at least to Plaintiffs' First Set of Document Requests To Defendant Georg Papst, Nos. 3-6, 8, 10-19; Plaintiffs' First Set of Document Requests to Defendant Papst Licensing GmbH, Nos. 6, 7, 9, 11-14, 20; Plaintiffs' Second Set of Document Requests to Defendants, Nos. 1-3, 5, 7-10, 20-24, 27, 47-52, 55, 56; Plaintiffs' Third Set of Document Requests to Defendants, Nos. 9, 20; and Plaintiffs' Post-MDL Document Requests to Defendants, Nos. 4, 6, 7, 9, 11-23, 25, 27-30, 33-52, 64, 65, 67-69, 105, 108, 109, 114, 115.

- All responsive documents in Mr. Kato's files (Kessler Tr. at p. 228/ln 24 – p. 229/ln 4). These are responsive at least to Plaintiffs' First Set of Document Requests To Defendant Georg Papst, Nos. 1, 8, 10-12, 14, 15; Plaintiffs' First Set of Document Requests to Defendant Papst Licensing GmbH, No. 9; Plaintiffs' Second Set of Document Requests to Defendants, Nos. 5, 20-24, 27-29, 47, 48, 91; Plaintiffs' Third Set of Document Requests to Defendants, No. 20; and Plaintiffs' Post-MDL Document Requests to Defendants, Nos. 5-9, 11-23, 25, 27-29, 35, 36, 39-52, 57, 64-5, 67-9, 73, 82, 108, 109.

- Mr. Kessler's employment agreement (Kessler 4/15 Tr. at p. 245/ln 14 - 19). This is responsive at least to Plaintiffs' First Set of Document Requests To Defendant Georg Papst, No. 4; Plaintiffs' First Set of Document Requests to Defendant Papst Licensing GmbH, Nos. 5, 20; Plaintiffs' Second Set of Document Requests to Defendants, Nos. 30, 35, 94; Plaintiffs' Third Set of Document Requests to Defendants, No. 20; and Plaintiffs' Post-MDL Document Requests to Defendants, Nos. 48, 53, 72, 73.

- All documents relating to products purchased and disassembled, including any photographs, any reports, any records of their receipt, any invoices and the like (Kessler 4/15 Tr. at p. 292/ln 10 –24). This is responsive at

9463588.1

Jerold B. Schnayer, Esq.
July 25, 2003
Page 6



least to Plaintiffs' First Set of Document Requests To Defendant Georg Papst, Nos. 6, 8, 11, 12; Plaintiffs' First Set of Document Requests to Defendant Papst Licensing GmbH, Nos. 9, 13; Plaintiffs' Second Set of Document Requests to Defendants, Nos. 20-23, 30, 35; Plaintiffs' Third Set of Document Requests to Defendants, No. 20; and Plaintiffs' Post-MDL Document Requests to Defendants, Nos. 11-24, 27, 28, 35, 36, 38-52, 64-5, 71, 73, 108, 130.

- Any and all notes concerning the negotiations with any third party (Kessler 4/15 Tr. at p. 299/ln 9-13). These are responsive at least to Plaintiffs' First Set of Document Requests To Defendant Georg Papst, Nos. 1-19; Plaintiffs' First Set of Document Requests to Defendant Papst Licensing GmbH at 6, 11, 12, 17, 20, Plaintiffs' First Set of Document Requests to Defendants Papst Licensing GmbH, Nos. 4-20; Plaintiffs' Second Set of Document Requests to Defendants, Nos. 7, 8, 10, 13, 14, 16, 17, 32, 54-56, 86; Plaintiffs' Third Set of Document Requests to Defendants, No. 20; and Plaintiffs' Post-MDL Document Requests to Defendants, Nos. 6-9, 11-36, 39-52, 64-5, 67-9, 71-3, 105, 108, 109, 130.

- Letters written and signed by Mr. Kessler in the past six months (Kessler 5/16 Tr. at p. 324/ln 8-11). These are responsive at least to Plaintiffs' First Set of Document Requests To Defendant Georg Papst, Nos. 1, 3-19; Plaintiffs' First Set of Document Requests to Defendant Papst Licensing GmbH, Nos. 2, 4-20; Plaintiffs' Second Set of Document Requests to Defendants, Nos. 1-5, 7-17, 20-24, 47-52, 55, 56; Plaintiffs' Third Set of Document Requests to Defendants, No. 20; and Plaintiffs' Post-MDL Document Requests to Defendants, Nos. 6-36, 64-65, 67-9, 71-3, 105, 108, 109.

- Copies of the materials that were submitted in the mediation with Matsushita (Kessler 5/16 Tr. at p. 351/ln 10-14). These are responsive at least to Plaintiffs' First Set of Document Requests To Defendant Georg Papst, Nos. 1-19; Plaintiffs' First Set of Document Requests to Defendant Papst Licensing GmbH, Nos. 1-20; Plaintiffs' Second Set of Document Requests to Defendants, Nos. 1-5, 7-10, 15, 20-24, 27, 47-52, 55, 56, 91; Plaintiffs' Third Set of Document Requests to Defendants, No. 20; and Plaintiffs' Post-MDL Document Requests to Defendants, Nos. 6, 7, 9-30, 35, 36, 64, 65, 67-9, 71-3, 105, 108, 109, 131.

- The travel expense calculations about which Ms. Simon testified (Simon 5/9 Tr. at p. 64/ln 5-9 and Papst 5/12 Tr. at p. 537/ln 18 – p. 538/ln 4). These are responsive at least to Plaintiffs' First Set of Document Requests To Defendant Georg Papst, No. 4; Plaintiffs' First Set of Document Requests to Defendant Papst Licensing GmbH, No. 5, 20; Plaintiffs' Second Set of Document Requests to Defendants, Nos. 2, 11-13, 17, 19;

Plaintiffs' Third Set of Document Requests to Defendants, No. 20; and Plaintiffs' Post-MDL Document Requests to Defendants, Nos. 5, 12, 20, 36, 38.

- The file in which Papst has hotel reservations and flight reservations (Simon 5/13 Tr. at p. 91/ln 8-13). This is responsive at least to Plaintiffs' First Set of Document Requests To Defendant Georg Papst, No. 4; Plaintiffs' First Set of Document Requests to Defendant Papst Licensing GmbH, No. 5, 20; Plaintiffs' Second Set of Document Requests to Defendants, Nos. 2, 11-13, 17, 19; Plaintiffs' Third Set of Document Requests to Defendants, No. 20; and Plaintiffs' Post-MDL Document Requests to Defendants, Nos. 5, 20, 36, 38.

- All responsive documents from the Schrade/Ernst & Young firm (Simon Tr. at p. 145/ln 10 – p. 146/ln 4). These documents are responsive at least to Plaintiffs' First Set of Document Requests To Defendant Georg Papst, Nos. 1-3, 8, 9, 17, 18; Plaintiffs' First Set of Document Requests to Defendant Papst Licensing GmbH, No. 1-4, 9, 10, 18-19; Plaintiffs' Second Set of Document Requests to Defendants, Nos. 1, 5, 11-12, 15, 53, 55, 57-67, 88, 92, 93; Plaintiffs' Third Set of Document Requests to Defendants, No. 20; and Plaintiffs' Post-MDL Document Requests, Nos. 2-4, 6, 9, 10, 18, 19, 25, 26, 32, 35, 54, 56, 61, 70, 72, 73-85, 87-105, 109, 110.

- The contents of the files listed on Plaintiffs' exhibit 43 (Simon 5/13 Tr. at p. 181/ln 11-13). This is responsive at least to Plaintiffs' First Set of Document Requests To Defendant Georg Papst, Nos. 8, 10; Plaintiffs' First Set of Document Requests to Defendant Papst Licensing GmbH, No. 9; Plaintiffs' Second Set of Document Requests to Defendants, Nos. 5, 22-24, 27, 28, 30, 91; Plaintiffs' Third Set of Document Requests to Defendants, No. 20; and Plaintiffs' Post-MDL Document Requests to Defendants, Nos. 9, 25, 39, 40-52, 64, 65, 72, 73, 108, 109.

- The originals of the lists in the Papst Patent department files binder (Wundling 5/15 deposition at p. 32/ln 7-11). This is responsive at least to Plaintiffs' First Set of Document Requests To Defendant Georg Papst, Nos. 8, 10; Plaintiffs' First Set of Document Requests to Defendant Papst Licensing GmbH, No. 9; Plaintiffs' Second Set of Document Requests to Defendants, Nos. 5, 20-24, 27, 28, 30, 56, 91; Plaintiffs' Third Set of Document Requests to Defendants, No. 20; and Plaintiffs' Post-MDL Document Requests to Defendants, Nos. 9, 25, 39, 40-52, 64, 65, 72, 73, 108, 109.

- The original of the document containing the alleged exceptions to the so-called "123" numbering system used to identify Papst's patents and patent

9463588.1

- applications (Wundling 5/15 Tr. at p. 165/ln 4-8 and p. 179/ln 11-15). This is responsive at least to Plaintiffs' First Set of Document Requests To Defendant Georg Papst, Nos. 8, 10; Plaintiffs' First Set of Document Requests to Defendant Papst Licensing GmbH, No. 9; Plaintiffs' Second Set of Document Requests to Defendants, Nos. 5, 20-24, 27, 28, 30, 56, 91, ; Plaintiffs' Third Set of Document Requests to Defendants, Nos. 5, 20-24 27, 28, 30; and Plaintiffs' Post-MDL Document Requests to Defendants, Nos. 9, 25, 39-52, 64, 65, 72, 73, 108, 109.

- The original of Plaintiffs' Exhibit 72, bearing production number M 054215 through M 054217 (Papst 5/17 Tr. at p. 861/ln 21 – p. 862/ln 2). This is responsive at least to Plaintiffs' First Set of Document Requests To Defendant Georg Papst, Nos. 5, 8-13; Plaintiffs' First Set of Document Requests to Defendant Papst Licensing GmbH, Nos. 1-20; Plaintiffs' Second Set of Document Requests to Defendants, Nos.1, 2, 5, 7-12, 16, 18, 19, 47-52, 91; Plaintiffs' Third Set of Document Requests to Defendants, No. 20; and Plaintiffs' Post-MDL Document Requests to Defendants, Nos. 6, 9, 11, 12, 14, 15, 17, 22, 25-32, 37-41, 56-60, 64-66, 68-70, 79, 80, 84, 89, 90, 104, 108, 109, 111, 130.

During Mr. Smith's July 17, 2003, deposition we repeated our request for the following, and again request that you provide them forthwith:

- All documents relating to the analyses by Mr. Wisner (*see* Smith 7/17 Tr. at 683). This is responsive at least to Plaintiffs' First Set of Document Requests To Defendant Georg Papst, Nos. 1, 6, 8, 10-12, 14, 15; Plaintiffs' First Set of Document Requests to Defendant Papst Licensing GmbH, Nos. 9, 13; Plaintiffs' Second Set of Document Requests to Defendants, Nos. 5, 20-24, 27-30, 35, 47, 48, 91; Plaintiffs' Third Set of Document Requests to Defendants, No. 20; and Plaintiffs' Post-MDL Document Requests to Defendants, Nos. 5-9, 11-25, 27-29, 35, 36, 38-52, 57, 64-5, 67-69, 71, 73, 82, 108, 109, 130.

- Any documents concerning Mr. Hans Dieter Papst's practices in reviewing Papst's patent portfolio (*see* Smith 7/17 Tr. at 683). This is responsive at least to Plaintiffs' First Set of Document Requests To Defendant Georg Papst, No. 4; Plaintiffs' First Set of Document Requests to Defendant Papst Licensing GmbH, Nos. 5, 20; Plaintiffs' Second Set of Document Requests to Defendants, Nos. 30, 35, 94; Plaintiffs' Third Set of Document Requests to Defendants, No. 20; and Plaintiffs' Post-MDL Document Requests to Defendants, Nos. 48, 53, 72, 73.

Also, during the deposition of Ms. Simon, you produced documents bearing bates numbers PL 568651 through PL 568656, which contained redactions but no indication where or why any material was redacted. (*See* Simon Tr. at p. 86/ln 23 – p. 87/ln 1.) Please produce a

9463588.1

Jerold B. Schnayer, Esq.
July 25, 2003
Page 9

copy of that document with an indication of each and every location of redacted material, and indicate on your privilege log or elsewhere the reason for each redaction.

We also repeat our requests for the specifications of all Papst motors, including the Papst motors that have been marked as Plaintiffs' Exhibits 6 and 7. This will respond at least to Plaintiffs' Post-MDL Document Requests to Defendants Nos. 44, 57-60.

We also repeat our requests for all documents responsive to Plaintiffs' Second Set of Document Requests to Defendants, Nos. 36, 53, 55, 57-71; and Plaintiffs' First Set of Document Requests to Defendant Papst Licensing GmbH, Nos. 1-3, 17, 18. These documents generally pertain to the finances of Papst Licensing and Mr. Georg Papst.

We note that much of this requested information was the subject of our January 16, 2003, letter, a copy of which is attached for your convenience, and also was the subject of prior Court Orders directing you to produce the requested information.

If you contend that any of the requested information has been produced, please provide an identification of all such production(s) by Bates number. If you contend that any of the requested information has been withheld due to privilege or work product immunity, please specifically identify the information on your log of withheld documents.

Next, we discuss the issue of your haphazard bates numbering scheme. We have raised this with you on many occasions in the past (*see, e.g.*, our January 16, 2003, letter, at 3 (attached)), but have not received any satisfactory response. Indeed, as recently as several weeks ago, you produced at the deposition of Ms. Simon documents bearing different prefixes (*see* Simon Tr. at p. 117/ln 11-22) and, when we again asked you to explain the bates numbering scheme and prefixes, you refused to offer any explanation. We again ask you to provide an explanation of your bates numbering scheme.

This problem with your bates numbering scheme is exacerbated by your production of <u>non-identical</u> documents having the <u>identical</u> bates number. For example, for each of the following bates numbers, you have inexplicably produced at least two sets of non-identical documents:

    310672-310868

    310870-310950

    310973

    310975-311007

    311012-311034

    311047-311118

    311122-311123

9463588.1

Jerold B. Schnayer, Esq.
July 25, 2003
Page 10

        311126-311237

        311239-311240

        311242-311245

        311248-311341

        311347-311402

        311404-311435

        311437-311529

        311532-311541

        311544-311584

        311587-311649

        311651-311671

        311675-311676

        311680-311681

        311835-311905

        311912-311916

        311923-311961

        313831-313840

        313842-313898

        313900-313955

        PL568657-PL568761.

        Moreover, for each of the following bates numbers, you have produced at least three sets of non-identical documents:

        310681-310692

        310694-310706

        310713-310723

9463588.1

Jerold B. Schnayer, Esq.
July 25, 2003
Page 11

        310745-310755

        310807

        311239.

        We ask that you immediately remedy these problems with your bates numbering scheme and with your documents. We also again ask for an explanation of your bates numbering scheme and how you came to produce non-identical documents having the identical bates number.

        Next, we repeat our request that you account for the noticeable gaps in your document production, (*see, e.g.*, our January 16, 2003, letter, at 3 (attached)), and that you remedy your mischaracterization as "confidential" of the documents you have produced that are publicly available. (*See, e.g.*, our January 16, 2003, letter, at 3-4 (attached).) Such publicly available documents should be appropriately re-designated.

* * *

        We ask for your response to each and every request set forth in this letter no later than Tuesday, July 29, 2003.

                                                          Sincerely,

                                                          Benjamin Levi

Encl.

c:    Campbell Killefer, Esq. (w/ Encl.)
       Tom M. Schaumberg, Esq. (w/ Encl.)

9463588.1