UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MINEBEA CO., LTD., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GEORG PAPST, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 97-0590 (PLF)<br><br>FILED<br>FEB 4 2005<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

ORDER

For the reasons stated in the Opinion issued this same day, it is hereby

ORDERED that Minebea shall produce any withheld documents which are dated or authored between November 1, 1994 and June 19, 1995 and concern (i) the scope of the Appendix III patents; (ii) Minebea's rights prior to the 1995 Agreement as they relate to the Appendix III patents; (iii) the parties' respective rights under the 1995 Agreement as they relate to the Appendix III patents; or (iv) Minebea's reliance on Papst's representations with respect to (i), (ii), or (iii).

SO ORDERED.

/s/ Paul L. Friedman
PAUL L. FRIEDMAN
United States District Judge

DATE: 2/4/05

