UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MINEBEA CO., LTD., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 97-0590 (PLF) |
| GEORG PAPST, et al., | ) ) ) | |
| Defendants. | ) ) | |

ORDER

For the reasons stated in the Opinion issued this same day, it is hereby

ORDERED that the Special Master's Report and Recommendation No. 6 is ADOPTED in part and REJECTED in part; it is

FURTHER ORDERED that Minebea shall produce, within 10 days of the date of this Order, all documents which it is currently withholding pursuant to an alleged joint defense privilege with:

    (a)  Fujitsu.  All documents dated before January 2, 1997.

    (b)  Hitachi.  All documents dated before January 22, 1998.

    (c)  IBM.  All documents dated before March 3, 1998.

    (d)  Iomega.  All documents dated before January 12, 1998.

    (e)  Maxtor.  All documents dated prior to March 4, 1998.

    (f) NEC.  All documents dated prior to January 22, 1998.

    (g) Quantum.  All documents dated prior to March 4, 1998.

(h) Samsung.  All documents dated prior to January 22, 1998.

(i) Seagate.  All documents dated prior to December 18, 1997.

(j) Toshiba.  All documents dated prior to March 3, 1998.

(k) Western Digital.  All documents dated prior to January 22, 1998.

All documents withheld pursuant to an alleged joint defense privilege between Minebea and any company other than one of those listed above shall be produced within 10 days of the date of this Order; it is

FURTHER ORDERED that Minebea shall submit to the Court an affidavit confirming that all of the dates on which Minebea maintains the that various joint defense agreements were executed, as set forth in the Opinion issued this same day, are correct and attach to that affidavit the signature page from each of the aforementioned joint defense agreements.

FURTHER ORDERED that Minebea shall produce documents M-350110-13; M-350114-21; M-350122-24; and M-350239-53 within 10 days of the date of this Order. Minebea may redact these documents only insofar as permitted by the Court's Opinion.  Minebea shall also produce all other documents which it withheld under similar reasoning; it is

FURTHER ORDERED that Minebea shall produce any documents for which it failed to provide a translation to the Special Master; it is

FURTHER ORDERED that Minebea shall produce the following non-privileged documents for which partial translations were provided to the Special Master within 10 days of the date of this Order: M-059500-01, M-025896, M-04629, M-016861, M-059515, M-059513, M-183047-50, and M-183051-65.  Minebea shall produce the following documents which fall within the scope of this Court's February 4, 2005 Order regarding "at issue" waiver within 10

days of the date of this Order: M059599, M-007868-71, M-007872-79, M-042352, M-182166-68, M-182171-72, M-182196-202, M-182867-77, and M-182980-81.  Minebea shall also produce all other documents which it withheld under similar reasoning.

FURTHER ORDERED that Minebea shall produce all documents identified by the Special Master as non-privileged in connection with the Papst-Seagate litigation within 10 days of the date of this Order with the exception of M-65228-29, M-067380-81 and M-067395-96 which were properly withheld.  Minebea shall produce all other documents of similar type to those found not to be privileged; it is

FURTHER ORDERED that Minebea shall produce all documents withheld as Ringi documents within 10 days of the date of this Order; it is

FURTHER ORDERED that Minebea shall produce, within 10 days of the date of this Order, the five documents identified by the Special Master as other illustrative documents identified by Mr. Naka which the Court has determined are not privileged:  M019610-14; M034456-57; M-069389; M069387-88; and M-18657-93.  Minebea may redact the documents only insofar as permitted by the Opinion.  Minebea shall produce all other documents of similar type to those found not to be privileged; and it is

FURTHER ORDERED that Minebea shall review ALL withheld documents and produce any other document which is not privileged, consistent with the Court's rulings and guidance as set forth in the Opinion issued this same day.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: April 29, 2005

3