PL569287

 

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

710-101   130-105
230-104

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTY DOCKET NO./TITLE |
|---|---|---|---|
| 07/974,419 | 11/12/92 | HANS | H 53944 |

FITCH, EVEN, TABIN & FLANNERY
135 SOUTH LASALLE ST., STE 900
CHICAGO, IL 60603-4277

#3

DATE MAILED:

## NOTICE TO FILE MISSING PARTS OF APPLICATION
## FILING DATE GRANTED

A filing date has been granted to this application. However, the following parts are missing.

If all missing parts are filed within the period set below, the total amount owed by applicant as a
☐ large entity, ☐ small entity (verified statement filed), is $ _____

**RECEIVED**
**MAR 10 1993**
**APPLICATION DIVISION**

1. ☐ The statutory basic filing fee is: ☐ missing ☐ insufficient. Applicant as a ☐ large entity
   ☐ small entity, must submit $ _____ to complete the basic filing fee and MUST ALSO
   SUBMIT THE SURCHARGE AS INDICATED BELOW.

2. ☐ Additional claim fees of $ _____ as a ☐ large entity ☐ small entity, including any required multiple
   dependent claim fee, are required. Applicant must submit the additional claim fees or cancel the additional
   claims for which fees are due. NO SURCHARGE IS REQUIRED FOR THIS ITEM.

3. ☑ The oath or declaration:
   ☐ is missing.
   ☐ does not cover items omitted at time of execution.
   An oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application
   Number and Filing Date is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED
   BELOW.

4. ☐ The oath or declaration does not identify the application to which it applies. An oath or declaration in
   compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date
   is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

5. ☑ The signature to the oath or declaration is: ☑ missing; ☐ a reproduction; ☐ by a person other than the
   inventor or a person qualified under 37 CFR 1.42, 1.43, or 1.47. A properly signed oath or declaration in
   compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date
   is required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

6. ☐ The signature of the following joint inventor(s) is missing from the oath or declaration:

   _____. An oath or declaration listing the names of all inventors and signed by
   the omitted inventor(s), identifying this application by the above Application Number and Receipt Date is
   required. A SURCHARGE MUST ALSO BE SUBMITTED AS INDICATED BELOW.

7. ☑ The application was filed in a language other than English. Applicant must file a verified English translation
   of the application and a fee of $ _____ under 37 CFR 1.17(k), unless this fee has already been paid. NO
   SURCHARGE IS REQUIRED FOR THIS ITEM.

8. ☐ A $ _____ processing fee is required for returned checks. (37 CFR 1.12 (m)).

9. ☐ Your filing receipt was mailed in error because check was returned without payment.

10. ☐ Other.

   An Application Number and Filing Date have been assigned to this application. The missing parts and fees
   identified above in items 1 and 3-6 must be timely provided ALONG WITH THE PAYMENT OF A
   SURCHARGE of $ _____ for large entities or $ _____ for small entities who have filed a verified
   statement claiming such status. The surcharge is set forth in 37 CFR 1.16(e). Applicant is given ONE
   MONTH FROM THE DATE OF THIS LETTER, OR TWO MONTHS FROM THE FILING DATE of this
   application, WHICHEVER IS LATER, within which to file all missing parts and pay any fees required above
   to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension
   fee under the provision of 37 CFR 1.136(a).

Direct the response to, and any questions about, this notice to ATTENTION: Application Processing
Division, Special Processing and Correspondence Branch.

*A copy of this notice MUST be returned with response.*

For: Manager, Application Processing Division
(703) 308-1202

FORM PTO-1533 (REV. 3-89)

| | | |
|---|---|---|
| 1 105 | 130.00 | CK |
| 1 105 | 130.00 | CK |
| 1 101 | 710.00 | CK |
| 1 104 | 230.00 | CK |

080 AA 03/05/93 07974419
080 AA 03/05/93 07974419
080 AA 03/05/93 07974419

Minebea v. Papst
Civil Action No. 97-0590
(PLF)

PL569287

PL569288

4

Minebea v. Papst
Civil Action No. 97-0590
(PLF)

PL569288



PATENT APPLICATION

Attorney Docket No. 53944

#4

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: Helmut HANS, et al. )
)
Serial No.:            07/974,419          )
)
Filed:                 November 12, 1992   )
)
For:                   DISK STORAGE DRIVE  )
)

The Commissioner of Patents and Trademarks
Washington, D.C. 20231

### VERIFICATION OF A TRANSLATION

I, the below named translator, hereby declare that:

My name and post office address are as stated below;

That I am knowledgeable in the English language and in the German language, the language of the below identified document, and I believe the attached English translation to be a true and complete translation of this document.

A copy of the document for which the attached English translation is being submitted is also attached and is entitled "PLATTENSPEICHERANTRIEB," the inventors being Helmut Hans and Jürgen Oelsch.

This foreign language document was filed in the PTO on November 12, 1992.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

Date: FEBRUARY 9TH, 1993

Full name of the translator  MICHAEL HERMANN

Signature of the translator  _Michael Hermann_

Post Office Address  RODERSTRASSE 10,

D 7730 VS- VILLINGEN,

GERMANY

02. 03. 93   12:29 PM   *.FITCH.   EVE                          473 P03

Plattenspeicherantrieb
------------------------------------------------------

Beschreibung

Die Erfindung betrifft einen Rotor mit einer zentrischen
Nabe, auf deren Außenfläche eine oder mehrere Festplat-
ten befestigbar sind, und mit zwei Kugellagern zwischen
dem Rotor und dem Stator.

Derartige Plattenspeicherantriebe sind in den verschie-
densten Ausführungsformen, zum Beispiel mit einer an der
Nabe befestigten drehenden Welle oder einer am Stator
angeordneten, stationären Welle bekannt und dienen dazu,
eine oder mehrere Speicherplatten anzutreiben, welche -
unter Zwischenfügung von Abstandsringen - auf die Nabe
aufgesetzt werden. Um das fehlerfreie Einschreiben und

Minebea v. Papst
Civil Action No. 97-0590
(PLF)

PL569290

- 2 -

Auslesen von Informationen mittels zugeordneter Schreib-Leseköpfe zu gewährleisten, müssen derartige Plattenspeicherantriebe hoch präzise arbeiten. Darüber hinaus werden immer kleinere Abmessungen gefordert.

Derartigen bekannten Plattenspeicherantrieben ist allen gemeinsam, daß der Rotor mittels zweier Kugellager drehbar gegen den Stator gelagert ist, und daß die Innenringe der beiden Kugellager auf der Welle, die Außenringen - bei einer drehenden Welle - am Stator bei einer stationären Welle dagegen am Rotor sitzen, vergleiche zum Beispiel die DE-PS 29 44 212. Zur Anwendung kommen bei den Lagersystemen der bekannten Plattenspeicherantriebe also Kugellager mit demselben Durchmesser, die axial beabstandet voneinander angeordnet sind. Die axiale Bauhöhe des Motors des Plattenspeicherantriebs wird daher durch die Summe der axialen Bauhöhen der beiden verwendeten Kugellager nach unten hin begrenzt, wobei zur Erhöhung der Steifigkeit des Lagersystems die beiden Kugellager voneinander beabstandet angeordnet werden müssen.

Aufgabe der Erfindung ist es, einen Plattenspeicherantrieb der Eingangs genannten Art derart weiterzubilden, daß eine Reduzierung der axialen Abmessungen und eine Erhöhung der Steifigkeit des Lagersystems verwirklicht wird.

Dieser Aufgabe wird bei dem Plattenspeicherantrieb der Eingangs genannten Art erfindungsgemäß dadurch gelöst, daß das erste Kugellager den Rotor in geringerem radial Abstand, das zweite Kugellager den Rotor in größerem radial Abstand von der Rotationsachse gegen den Stator lagert.

Minebea v. Papst
Civil Action No. 97-0590
(PLF)

PL569291

02. 03. 93   12:29 PM   *FITCH.   IVI                    473 P 05

- 3 -

Die Vorteile der Erfindung liegen insbesondere darin, daß die beiden Kugellager des Lagersystems einen verschiedenen Durchmesser besitzen, daß also das erste Kugellager den Rotor innen, das zweite Kugellager den Rotor weiter außen gegen den Stator lagert. Bei der heute üblichen Verspannung der Lagerringe gegeneinander kann erfindungsgemäß ein größerer virtueller Lagerabstand, und damit die Steifigkeit des Lagersystems erhöht werden. Der virtuelle Lagerabstand ist dabei definiert als der Abstand der Schnittpunkte der Rotationsachse mit denjenigen Wirkungsgeraden, welche durch die Berührungspunkte der Kugeln mit den zugehörigen Kugel-Laufbahnen der Laufringe gegeben sind. Durch den radialen Versatz der beiden Kugellager und bei geeigneter Verspannung der Laufringe gegeneinander läßt sich erfindungsgemäß ein vergleichsweise großer virtueller Lagerabstand erzielen, der bei den bekannten Plattenspeicherantrieben nur bei axial beabstandeten Kugellagern, d.h. bei einer axial wesentliche größeren Bauhöhe verwirklicht werden könnte.

Besonders bevorzugt ist der Außendurchmesser des ersten, inneren Kugellagers kleiner als der Innendurchmessers des zweiten, äußeren Kugellagers. Diese Ausführungsform der Erfindung besitzt den Vorteil, daß das erste Kugellager teilweise oder ganz in dem durch das zweite Kugellager aufgespannten Zylinder angeordnet werden kann, d.h. daß die beiden Kugellager axial teilweise oder ganz überlappend angeordnet werden. Der zur Realisierung einer notwendigen Steifigkeit erforderliche virtuelle Lagerabstand läßt sich erfindungsgemäß durch ausreichenden radialen Abstand der beiden Kugellager und der geeigneten Verspannung verwirklichen. Die axiale Bauhöhe

Minebea v. Papst
Civil Action No. 97-0590
(PLF)

PL569292

02.03.93  12:29 PM  *FITCH, EVE                    473 P08

- 4 -

des Antriebs wird dann im wesentlichen nur noch durch
das Höhere der beiden Kugellager begrenzt. Zusätzlich
wird die Tragfähigkeit durch die Verwendung des äußeren,
relativ großen zweiten Kugellagers gesteigert, durch die
vergleichsweise große Kugelzahl des zweiten Kugellagers
wird das Laufverhalten, insbesondere der NRRO verbes-
sert. Außerdem ist es erfindungsgemäß leichter möglich,
den Massenschwerpunkt des Rotors in den Mittelpunkt des
virtuellen Lagerabstandes zu legen, wodurch unerwünschte
Schwingungen reduziert werden. Darüber hinaus entsteht
ein günstiges Übersetzungsverhältnis für den Axialschlag
vom Lager auf die Nabe.

Gemäß einer besonders bevorzugten Ausführungsform der
Erfindung befindet sich der Luftspalt des Antriebsmotors
zwischen der Innenring-Mantelfläche des zweiten Kugella-
gers und der Außenring-Mantelfläche des ersten Kugella-
gers. Bei einer derartigen Anordnung ist die Statorwick-
lung radial einwärts vom Luftspalt angeordnet, und der
Luftspalt wird radial nach außen durch einen Permanent-
magnet-Ring begrenzt, welcher entweder direkt der Innen-
ring-Mantelfläche des zweiten Kugellagers angeordnet ist
oder auf einem am Rotor angeordneten axialen Rotorsteg
sitzt, der aus magnetisierbarem Material besteht und
einen Eisenrückschluß für das radial aus dem Permanent-
magnet-Ring austretende Magnetfeld bildet. Das zweite
Kugellager befindet sich dann radial auswärts in vorge-
gebenem geringen Abstand von dem Rotorsteg, wobei der
Innenring des zweiten Kugellagers an einer radial ver-
laufenden Rotorscheibe befestigt ist, während der Außen-
ring des zweiten Kugellagers auf dem Statorboden oder
einer axialen Außenwand des Stators befestigt ist. Be-
sonders bevorzugt besitzen die beiden Kugellager einen
vorgegebenen axialen Versatz, und das erste Kugellager

Minebea v. Papst
Civil Action No. 97-0590
(PLF)

PL569293

- 8 -

besitzt eine kleinere Bauhöhe als das äußere zweite Kugellager. Das erste Kugellager ist in einem um den Versatz größeren axialen Abstand von der Nabe angeordnet, als das zweite Kugellager. Die Bauhöhe und der Versatz des ersten Kugellagers sind bevorzugt so bemessen, daß das erste Kugellager noch innerhalb des Zylinders liegt, der von dem zweiten Kugellager aufgespannt wird. Bei dieser Ausführungsform der Erfindung wird die axiale Bauhöhe des Antriebsmotors im wesentlichen von der Dicke des Statorbodens, der axialen Bauhöhe des zweiten Kugellagers und der Dicke der Rotorscheibe begrenzt, welche den Innenring des zweiten Kugellagers trägt, sich bevorzugt auch über den Außenring des zweiten Kugellagers erstreckt und den Stator-Innenraum überdeckt. Diese Ausführungsform der Erfindung ermöglicht eine besonders flache Bauweise des Antriebsmotors bei insgesamt geringem Raumbedarf des Antriebs und einem vergleichsweise großen virtuellen Lagerabstand.

Der Stator besitzt bevorzugt eine zentrale Bohrung, die durch eine benachbarte Innenwand begrenzt ist. Von der Innenwand erstreckt sich radial auswärts der Statorboden, der zur Aufnahme des zweiten Kugellagers bevorzugt axial abgekröpft ist. Radial auswärts von dem zweiten Kugellager besitzt der Stator eine axiale Außenwand.

Der Rotor enthält bevorzugt eine zentrale Welle, die in die zentrale Bohrung des Stators hineinragt, wobei der Innenring des ersten Kugellagers auf der Welle, der Außenring auf einer Schulter der Stator-Innenwand ruht. Die Welle des Rotors geht bevorzugt einstückig in die Nabe über, die unmittelbar über der Rotorscheibe einen radialen Nabenflansch aufweist.

Minebea v. Papst
Civil Action No. 97-0590
(PLF)

PL569294

02. 03. 93   12:29 PM   *FITCH. EVE                    4/3 P.06

- 6 -

Vorteilhafte Weiterbildungen der Erfindungen sind durch
die Merkmale der Unteransprüche gekennzeichnet.

Im folgenden werden Ausführungsbeispiele der Erfindung
anhand der Zeichnungen näher erläutert. Es zeigen:

Fig. 1  Einen Querschnitt durch eine erste Ausführungs-
        form des Plattenspeicherantriebs;

Fig. 2  einen Querschnitt durch eine zweite Ausführungs-
        form des Plattenspeicherantriebs; und

Fig. 3  eine der Figur 2 entsprechende Darstellung, in
        die der virtuelle Lagerabstand eingezeichnet
        ist.

In den Figuren 1 und 2 ist ein Querschnitt durch einen
Plattenspeicherantrieb dargestellt, der einen Stator 2,
und einen Rotor 20 mit einer zentrischen Nabe 22 ent-
hält. Die Nabe 22 ist mit einem radialen Nabenflansch 26
versehen, welcher zur Auflage einer ersten Festplatte
dient, die auf die Außenfläche 24 der Nabe zentriert
ist. Unter Zwischenfügung von Abstandsringen (nicht
dargestellt) lassen sich auf die Nabe mehrere Festplat-
ten in vorgegebenem Abstand aufsetzen.

Der Rotor 20 besitzt - in den Ausführungsformen gemäß
den Figuren 1 und 2 - eine zentrale Welle 21, die ein-
stückig mit der Nabe 22 ausgebildet ist. An der Unter-
seite des Nabenflansches 26 ist eine Rotorscheibe 28
befestigt, die sich radial bis zu einer Außenwand 12 des
Stators erstreckt. Der Stator 2 weist eine zentrale
Bohrung 3 auf, die von einer ringförmigen Innenwand 4
begrenzt ist. Von der Innenwand 4 zweigt radial nach
außen ein Boden 5 ab, der zur Erhöhung des Motorvolumens
außen eine ringförmige Abkröpfung 10 besitzt, die durch
eine axial verlaufende, ringförmige Außenwand 12 be-

02. 03. 93    12:29 PM    *FITCH, EVE    473 P09

- 7 -

grenzt ist.

Zwischen Rotor 20 und Stator 2 befindet sich ein Lagersystem aus einem ersten Kugellager 40 und einem zweiten Kugellager 50. Das erste Kugellager 40 lagert den Rotor in vergleichsweise geringem Abstand von der Rotorachse 1 gegen den Stator 2, und das zweite Kugellager 50 lagert den Rotor 20 gegen den Stator 2 in vergleichsweise großem Abstand von der Rotationsachse 1.

In den dargestellten Ausführungsformen sitzt der Innenring 42 des ersten Kugellagers 40 auf der Welle 21, und der Außenring 44 des ersten Kugellagers 40 sitzt auf einer Schulter 6 der benachbarten, ringförmigen Innenwand 4 des Stators 2. Die Schulter 6 legt den Außenring 44 axial fest.

Der Innenring 52 des zweiten Kugellagers 50 ist radial außen an der Rotorscheibe 28 befestigt, und der Außenring 54 des zweiten Kugellagers 50 sitzt auf einer unteren Schulter 11 des abgekröpften Ringabschnitts 10 des Statorbodens 8, unmittelbar vor der Außenwand 12 des Stators 2.

In der Ausführungsform gemäß Fig. 1 ist auf der Mantelfläche des Innenrings 52 des zweiten Kugellagers 50 ein Permanentmagnet-Ring 30 aufgebracht, der - über einen axialen Luftspalt 18 - mit dem Magnetfeld der Statorwicklungen 14 zusammenwirkt, die um die Innenwand 4 des Stators 2 herum angeordnet sind.

Die Ausführungsform gemäß Fig. 2 unterscheidet sich von der Ausführungsform gemäß Fig. 1 insoweit, als der Permanentmagnet-Ring 30 in Fig. 2 auf der Innenfläche eines

02. 03. 93  12:29 PM  *FITCH, EVE              4/3 P 10

- 8 -

axialen Rotorstegs 29 sitzt, der einen magnetischen
Rückschluß für die radial austretenden Magnetfelder des
Permanentmagnet-Ringes 30 bildet. In geringem radialen
Abstand vom Rotorsteg 29 ist dann der Innenring 52 des
zweiten Kugellagers 50 an der Rotorscheibe 28 befestigt.

Das aus den beiden Kugellagern 40 und 50 bestehende
Lagersystem besitzt in den dargestellten Ausführungsfor-
men folgenden Charakteristika: der Außendurchmesser $D_{1A}$
des ersten Kugellagers 40 ist kleiner als der Innen-
durchmesser $D_{2I}$ des zweiten Kugellagers. Die Statorwick-
lungen 14 und der Permanentmagnet-Ring 20 bilden einen
axialen Luftspalt 18, der zwischen der Innenring-Mantel-
fläche des zweiten Kugellagers 50 und der Außenring-
Mantelfläche des ersten Kugellagers 40 liegt. Die beiden
Kugellager 40, 50 besitzen einen axialen Versatz V,
vergleiche insbesondere Fig. 3, und zwar weist das erste
Kugellager 40 einen um den Versatz V größeren axialen
Abstand von der Nabe 23 auf als das zweite Kugellager
50. Die Bauhöhe des ersten Kugellagers 40 ist kleiner
als diejenige des zweiten Kugellagers 50.

In den in den Figuren 1 und 2 dargestellten Ausführungs-
formen ist der axiale Versatz V des ersten Kugellagers
so auf die Bauhöhen der beiden Kugellager 40, 50 abge-
stimmt, daß das erste Kugellager 40 innerhalb eines von
dem zweiten Kugellager 50 aufgespannten Zylinders liegt.
Die Bauhöhe des zweiten Kugellagers 50 bestimmt daher -
zusammen mit der Dicke des Statorbodens 9, 10 und der
Dicke der Rotorscheibe 28 die axiale Bauhöhe B des An-
triebsmotors.

In der Ausführungsform gemäß Figur 1 ist die Rotorschei-
be 28 radial über den Innenring 52 bis über den Außen-

02. 03. 93   12:28 PM   *FITCH, EVE                    473 P.1

- 9 -

ring 54 des zweiten Kugellagers 50 gezogen und endet bei einem geringen Abstand vor der Außenwand 12 des Stators. In der Ausführungsform gemäß Fig. 2 ist dagegen die Rotorscheibe 28, die mit der Nabe einstückig ausgebildet sein kann, radial nur über den Kugelraum des zweiten Kugellagers 50 gezogen, sie endet radial vor dem Außenring 54 des zweiten Kugellagers 50.

Fig. 3 zeigt eine der Fig. 2 entsprechende Darstellung, in welche der axiale Versatz V zwischen den beiden Kugellager 40, 50 eingetragen ist. Außerdem ist durch die Pfeile A und B die Verspannung markiert, welche dem Lagersystem bei der Montage eingeprägt wird. Zur Verwirklichung der Verspannung wird der Innenring 42 des ersten Kugellagers 40 axial zur Nabe 22 hin gegen den Außenring 44 verspannt und dann auf der Welle festgesetzt, vergleiche Pfeil A. Der Innenring 52 des zweiten Lagers 50 erhält eine entgegengesetzt gerichtete Verspannung, Pfeil B und wird unter dieser Verspannung festgesetzt. Eine Gerade G1, welche die Berührungspunkte der Kugeln mit den Laufbahnen des entsprechend verspannten zweiten Kugellagers 50 schneidet, bildet mit der Rotationsachse 1 den Schnittpunkt g1. Eine entsprechende Gerade G2, welche die Berührungspunkte der Kugeln mit den Laufbahnen des ersten Kugellagers 40 schneidet, bildet mit der Rotationsachse 1 den Schnittpunkt g2. Der Abstand zwischen den Schnittpunkten g1, g2 wird als virtueller Lagerabstand $l_v$ bezeichnet. Dieser virtuelle Lagerabstand $l_v$ stellt ein Maß für die Steifigkeit des Lagersystems dar. Aufgrund des axialen Versatzes V der beiden Kugellager 40, 50 sowie ihres radialen Versatzes ist der virtuelle Lagerabstand $l_v$, und damit die Steifigkeit des Lagersystems besonders groß, außerdem ist die axiale Bauhöhe B des Antriebsmotors besonders gering.

Minebea v. Papst
Civil Action No. 97-0590
(PLF)

PL569298

- 10 -

## PATENTANSPRÜCHE

1. Plattenspeicherantrieb mit einem Stator, einem Rotor mit einer zentrischen Nabe, auf deren Außenfläche eine oder mehrere Festplatten befestigbar sind, und mit zwei Kugellagern zwischen dem Rotor und dem Stator, dadurch gekennzeichnet, daß das erste Kugellager (40) den Rotor (20) in geringerem radial Abstand, das zweite Kugellager (50) den Rotor (20) in größerem radial Abstand von der Rotationsachse (1) gegen den Stator (2) lagert.

2. Plattenspeicherantrieb nach Anspruch 1, dadurch gekennzeichnet, daß der Außendurchmesser ($D_{1A}$) des ersten Kugellagers (40) kleiner ist als der Innendurchmesser ($D_{2I}$) des zweiten Kugellagers.

3. Plattenspeicherantrieb nach Anspruch 1 oder 2, wobei der Rotor (20) einen Permanentmagnetring (30) enthält, der die Statorwicklungen (14) mit Luftspalt (15) umgibt,
dadurch gekennzeichnet, daß der Luftspalt (15) zwischen der Innenring-Mantelfläche des zweiten Kugellagers (50) und der Außenring-Mantelfläche des ersten Kugellagers (40) liegt.

4. Plattenspeicherantrieb nach einem der vorstehenden Ansprüche,
dadurch gekennzeichnet, daß die beiden Kugellager (40, 50) einen axialen Versatz V aufweisen.

Minebea v. Papst
Civil Action No. 97-0590
(PLF)

PL569299

- 11 -

5.  Plattenspeicherantrieb nach Anspruch 4,
dadurch gekennzeichnet, daß das erste Kugellager (40)
einen um den Versatz V größeren axialen Abstand von der
Nabe (22) besitzt als das zweite Kugellager (50).

6.  Plattenspeicherantrieb nach einem der vorstehenden
Ansprüche,
dadurch gekennzeichnet, daß der Rotor (20) eine zentrale
Welle (21) enthält, die in eine zentrale Bohrung (3) des
Stators (2) hineinragt, und daß der Innenring (42) des
ersten Kugellagers (40) auf der Welle (21), der Außen-
ring (44) auf einer Schulter (5) einer benachbarten
Innenwand (4) des Stators (2) sitzt.

7.  Plattenspeicherantrieb nach einem der vorstehenden
Ansprüche,
dadurch gekennzeichnet, daß der Innenring (52) des zwei-
ten Kugellagers (50) radial außen an einer mit der Nabe
(22) verbundenen Rotorscheibe (25) befestigt ist, und
daß der Außenring (54) des zweiten Kugellagers (50)
radial außen auf dem Statorboden (8) aufsitzt.

8.  Plattenspeicherantrieb nach einem der vorstehenden
Ansprüche,
dadurch gekennzeichnet, daß der Innenring (42) des er-
sten Kugellagers (40) eine axial zur Nabe hin gerichtete
Verspannung, der Innenring (52) des zweiten Kugellagers
(50) eine axial entgegengesetzt gerichtete Verspannung
besitzt.

9.  Plattenspeicherantrieb nach einem der vorstehenden
Ansprüche,
dadurch gekennzeichnet, daß das erste Kugellager (40)
eine geringere Bauhöhe aufweist, als das zweite Kugella-

Minebea v. Papst
Civil Action No. 97-0590
(PLF)

PL569300

02. 03. 93    12:29 PM    *FITCH, KVE        473 P14

- 13 -

ger (50).

10. Plattenspeicherantrieb nach einem der vorstehenden Ansprüche,
dadurch gekennzeichnet, daß das erste Kugellager (40) innerhalb des Zylinders liegt, der von dem zweiten Kugellager (50) aufgespannt ist.

11. Plattenspeicherantrieb nach einem der vorstehenden Ansprüche,
dadurch gekennzeichnet, daß der Permanentmagnet-Ring (30) des Rotors (20) an der Innenring-Mantelfläche des zweiten Kugellagers (50) angeordnet ist.

12. Plattenspeicherantrieb nach einem der vorstehenden Ansprüche,
dadurch gekennzeichnet, daß der Permanentmagnet-Ring (30) an der Innenmantelfläche eines axialen Rotorsteges (29) befestigt ist, und daß der Innenring (52) des zweiten Kugellagers (50) an bzw. in Abstand von der Außenmantelfläche des axialen Rotorsteges (29) am Rotor angeordnet ist.

13. Plattenspeicherantrieb nach einem der vorstehenden Ansprüche,
dadurch gekennzeichnet, daß die Welle (21) einstückig in die Nabe (22) übergeht, daß die Nabe (22) in vorgegebenem Abstand von ihrem freien Ende einen radialen Nabenflansch (26) enthält, auf dessen Unterseite die Rotorscheibe (28) befestigt ist.

14. Plattenspeicherantrieb nach Anspruch 13,
dadurch gekennzeichnet, daß sich die Rotorscheibe (28) radial mit geringem axialen Abstand über den Außenring

Minebea v. Papst
Civil Action No. 97-0590
(PLF)

PL569301

- 13 -

(54) des zweiten Kugellagers (50) erstreckt.

15. Plattenspeicherantrieb nach einem der vorstehenden Ansprüche,
dadurch gekennzeichnet, daß der Stator (2) eine ringförmige Innenwand (4), welche die zentrale Bohrung (3) begrenzt, einen von der Innenwand (4) radial nach außen verlaufenden Boden (8) auf welches der Außenring (54) des zweiten Kugellagers (50) aufsitzt, und eine der Mantelfläche des Außenrings (54) unmittelbar benachbarte ringförmige Außenwand (12) besitzt.

16. Plattenspeicherantrieb nach Anspruch 15,
dadurch gekennzeichnet, daß die ringförmige Außenwand (12) des Stators (2) sich axial über den Außenring (54) des zweiten Kugellagers (50) hinaus bis zur nabenseitigen Oberfläche der Rotorscheibe (28) erstreckt.

17. Plattenspeicherantrieb nach einem der vorstehenden Ansprüche,
dadurch gekennzeichnet, daß die Statorwicklung (14) der Innenwand (4) des Stators (2) benachbart auf dem Statorboden (8) angeordnet ist.

18. Plattenspeicherantrieb nach einem der vorstehenden Ansprüche,
dadurch gekennzeichnet, daß die Dicke des Statorbodens (8), die axiale Höhe des zweiten Kugellagers (50) und die Dicke der Rotorscheibe (28) die axiale Bauhöhe B des Antriebsmotors festlegt.

02.03.93   12:29 PM   *FITCH, EVE                4/3 F10

- 14 -

## ZUSAMMENFASSUNG

Es wird ein Plattenspeicherantrieb mit einem Stator und einem Rotor mit einer zentrischen Nabe angegeben, auf deren Außenfläche eine oder mehrere Festplatten befestigbar sind. Das Lagersystem zwischen dem Rotor und dem Stator enthält zwei Kugellager. Das erste Kugellager lagert im Rotor in vergleichsweise geringem radialen Abstand gegen den Stator, und das zweite Kugellager lagert den Rotor gegen den Stator in größerem radialen Abstand.

Minebea v. Papst
Civil Action No. 97-0590
(PLF)

PL569303



Minebea v. Papst
Civil Action No. 97-0590
(PLF)

PL569304

02. 03. 93   12:29 PM   *FITCH, EVE   473 P 18



Fig.2

Minebea v. Papst
Civil Action No. 97-0590
(PLF)

PL569305



Fig. 3

Minebea v. Papst
Civil Action No. 97-0590
(PLF)

PL569306