PL569377





PATENT APPLICATION
ATTORNEY DOCKET
NO.   53944

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Applicant(s):   Helmut HANS et al. | ) **Batch No. D53 - Notice** |
| | ) **of Allowance mailed** |
| Serial No.:     07/974,419 | ) **8/15/94** |
| | ) |
| Filed:          November 12, 1992 | ) **CERTIFICATE OF MAILING** |
| | ) |
| Title:          DISK STORAGE DRIVE | ) I hereby certify that this paper is |
| | ) being deposited with the United States |
| | ) Postal Service as first class mail in an |
| | ) envelope addressed to: Commissioner of |
| Group Art Unit:    2512 | ) Patents and Trademarks, Washington, D.C. |
| | ) 20231, on this date. |
| Examiner:         J. Evans | ) Kenneth H. Samples |
| | ) *9/20/94*  *Kenneth H. Samples* |
| | ) Date   Registration No. __25,747__ |
| | ) Attorney for Applicant(s) |
| | ) |

94 SEP 28 AM 11: 31
RECEIVED
ALLOWED FILES/CORSES
PUBLISHING DIVISION

### CERTIFIED COPY OF PRIORITY DOCUMENT
### UNDER 37 C.F.R. § 1.55

Honorable Commissioner of Patents
  and Trademarks
Box ISSUE FEE
Washington, D.C. 20231

Dear Sir:

A claim for priority based on German patent application P
41 36 996.3 has been filed in the above-identified U.S.
application.

Enclosed in compliance with 37 C.F.R. §1.55 is a
Certified Copy of the aforementioned German priority document.

Respectfully submitted,

FITCH, EVEN, TABIN & FLANNERY

By:  *Kenneth H. Samples*

Kenneth H. Samples
Registration No. 25,747

Date:  *September 20, 1994*

135 South LaSalle St., Suite 900
Chicago, Illinois  60603-4277
(312)  372-7842

Minebea v. Papst
Civil Action No. 97-0590
(PLF)

PL569377

PL569378

# BUNDESREPUBLIK DEUTSCHLAND



## Bescheinigung

Die Papst-Motoren GmbH & Co KG in 7742 St. Georgen hat
eine Patentanmeldung unter der Bezeichnung

"Plattenspeicherantrieb"

am 11. November 1991 beim Deutschen Patentamt einge-
reicht.

Die angehefteten Stücke sind eine richtige und genaue
Wiedergabe der ursprünglichen Unterlagen dieser Patent-
anmeldung.

Die angeheftete Zusammenfassung, die der Anmeldung
beizufügen, aber kein Bestandteil der Anmeldung ist,
stimmt mit dem am 11. November 1991 eingereichten
Original überein.

Die Anmeldung hat im Deutschen Patentamt vorläufig die
Symbole G 11 B 19/20, H 02 K 5/173 und H 02 K 1/27 der
Internationalen Patentklassifikation erhalten.

München, den 17. Juli 1992
Der Präsident des Deutschen Patentamts
Im Auftrag

Schröter

enzeichen: P 41 36 996.3

Minebea v. Papst
Civil Action No. 97-0590
(PLF)

PL569378

A 9161
5.90

# EISENFÜHR, SPEISER & STRASSE
Bremen · München

Patentanwälte
European Patent Attorneys

Dipl.-Ing. Günther Eisenführ
Dipl.-Ing. Dieter K. Speiser
Dipl.-Ing. Joachim Strasse*
Dr.-Ing. Werner W. Rabus
Dipl.-Ing. Jürgen Brügge
Dipl.-Chem. Dr. Walter Maiwald*
Dipl.-Ing. Jürgen Klinghardt

European Patent Attorney
Dipl.-Phys. R. Michael Janotte
* München

| Ihr Zeichen | Unser Zeichen | Bremen |
|---|---|---|
| PAPST-MOTOREN ... Neuanmeldung | P 299 | 8. November 1991 |

PAPST-MOTOREN GmbH & Co. KG

Karl-Maier-Straße 1, 7742 St. Georgen

---------------------------------------------------------

Plattenspeicherantrieb

---------------------------------------------------------


B e s c h r e i b u n g


Die Erfindung betrifft einen Rotor mit einer zentrischen
Nabe, auf deren Außenfläche eine oder mehrere Festplat-
ten befestigbar sind, und mit zwei Kugellagern zwischen
dem Rotor und dem Stator.

Derartige Plattenspeicherantriebe sind in den verschie-
densten Ausführungsformen, zum Beispiel mit einer an der
Nabe befestigten drehenden Welle oder einer am Stator
angeordneten, stationären Welle bekannt und dienen dazu,
eine oder mehrere Speicherplatten anzutreiben, welche -
unter Zwischenfügung von Abstandsringen - auf die Nabe
aufgesetzt werden. Um das fehlerfreie Einschreiben und

WWR/pl

Minebea v. Papst
Civil Action No. 97-0590
(PLF)

Martinistrasse 24 · D-2800 Bremen 1 · Telefon 04 21-32 80 37 · Fax 04 21-32 68 34 · Telex 2 44 020 lepat d · Dates P 4542104321

PL569379

PL569380

- 2 -

Auslesen von Informationen mittels zugeordneter Schreib-
Leseköpfe zu gewährleisten, müssen derartige Platten-
speicherantriebe hoch präzise arbeiten. Darüber hinaus
werden immer kleinere Abmessungen gefordert.

Derartigen bekannten Plattenspeicherantrieben ist allen
gemeinsam, daß der Rotor mittels zweier Kugellager dreh-
bar gegen den Stator gelagert ist, und daß die Innenrin-
ge der beiden Kugellager auf der Welle, die Außenrin-
gen – bei einer drehenden Welle – am Stator bei einer
stationären Welle dagegen am Rotor sitzen, vergleiche
zum Beispiel die DE-PS 29 44 212. Zur Anwendung kommen
bei den Lagersystemen der bekannten Plattenspreicheran-
triebe also Kugellager mit dem selben Durchmesser, die
axial beabstandet voneinander angeordnet sind. Die axi-
ale Bauhöhe des Motors des Plattenspeicherantriebs wird
daher durch die Summe der axialen Bauhöhen der beiden
verwendeten Kugellager nach unten hin begrenzt, wobei
zur Erhöhung der Steifigkeit des Lagersystems die beiden
Kugellager voneinander beabstandet angeordnet werden
müssen.

Aufgabe der Erfindung ist es, einen Plattenspeicheran-
trieb der Eingangs genannten Art derart weiterzubilden,
daß eine Reduzierung der axialen Abmessungen und eine
Erhöhung der Steifigkeit des Lagersystems verwirklicht
wird.

Dieser Aufgabe wird bei dem Plattenspeicherantrieb der
Eingangs genannten Art erfindungsgemäß dadurch gelöst,
daß das erste Kugellager den Rotor in geringerem radial
Abstand, das zweite Kugellager den Rotor in größerem
radial Abstand von der Rotationsachse gegen den Stator
lagert.

Minebea v. Papst
Civil Action No. 97-0590
(PLF)

PL569380

- 3 -

Die Vorteile der Erfindung liegen insbesondere darin,
daß die beiden Kugellager des Lagersystems einen ver-
schiedenen Durchmesser besitzen, daß also das erste
Kugellager den Rotor innen, das zweite Kugellager den
Rotor weiter außen gegen den Stator lagert. Bei der
heute üblichen Verspannung der Lagerringe gegeneinander
kann erfindungsgemäß ein größerer virtueller Lagerab-
stand, und damit die Steifigkeit des Lagersystems erhöht
werden. Der virtuelle Lagerabstand ist dabei definiert
als der Abstand der Schnittpunkte der Rotationsachse mit
denjenigen Wirkungsgeraden, welche durch die Berührungs-
punkte der Kugeln mit den zugehörigen Kugel-Laufbahnen
der Laufringe gegeben sind. Durch den radialen Versatz
der beiden Kugellager und bei geeigneter Verspannung der
Laufringe gegeneinander läßt sich erfindungsgemäß ein
vergleichsweise großer virtueller Lagerabstand erzielen,
der bei den bekannten Plattenspeicherantrieben nur bei
axial beabstandeten Kugellagern, d.h. bei einer axial
wesentliche größeren Bauhöhe verwirklicht werden könnte.


Besonders bevorzugt ist der Außendurchmesser des ersten,
inneren Kugellagers kleiner als der Innendurchmessers
des zweiten, äußeren Kugellagers. Diese Ausführungsform
der Erfindung besitzt den Vorteil, daß das erste Kugel-
lager teilweise oder ganz in dem durch das zweite Kugel-
lager aufgespannten Zylinder angeordnet werden kann,
d.h. daß die beiden Kugellager axial teilweise oder ganz
überlappend angeordnet werden. Der zur Realisierung
einer notwendigen Steifigkeit erforderliche virtuelle
Lagerabstand läßt sich erfindungsgemäß durch ausreichen-
den radialen Abstand der beiden Kugellager und der ge-
eigneten Verspannung verwirklichen. Die axiale Bauhöhe

Minebea v. Papst
Civil Action No. 97-0590
(PLF)

PL569382

— 4 —

des Antriebs wird dann im wesentlichen nur noch durch
das Höhere der beiden Kugellager begrenzt. Zusätzlich
wird die Tragfähigkeit durch die Verwendung des äußeren,
relativ großen zweiten Kugellagers gesteigert, durch die
vergleichsweise große Kugelzahl des zweiten Kugellagers
wird das Laufverhalten, insbesondere der NRRO verbes-
sert. Außerdem ist es erfindungsgemäß leichter möglich,
den Massenschwerpunkt des Rotors in den Mittelpunkt des
virtuellen Lagerabstandes zu legen, wodurch unerwünschte
Schwingungen reduziert werden. Darüber hinaus entsteht
ein günstiges Übersetzungsverhältnis für den Axialschlag
vom Lager auf die Nabe.

Gemäß einer besonders bevorzugten Ausführungsform der
Erfindung befindet sich der Luftspalt des Antriebsmotors
zwischen der Innenring-Mantelfläche des zweiten Kugella-
gers und der Außenring-Mantelfläche des ersten Kugella-
gers. Bei einer derartigen Anordnung ist die Statorwick-
lung radial einwärts vom Luftspalt angeordnet, und der
Luftspalt wird radial nach außen durch einen Permanent-
magnet-Ring begrenzt, welcher entweder direkt der Innen-
ring-Mantelfläche des zweiten Kugellagers angeordnet ist
oder auf einem am Rotor angeordneten axialen Rotorsteg
sitzt, der aus magnetisierbarem Material besteht und
einen Eisenrückschluß für das radial aus dem Permanent-
magnet-Ring austretende Magnetfeld bildet. Das zweite
Kugellager befindet sich dann radial auswärts in vorge-
gebenem geringen Abstand von dem Rotorsteg, wobei der
Innenring des zweiten Kugellagers an einer radial ver-
laufenden Rotorscheibe befestigt ist, während der Außen-
ring des zweiten Kugellagers auf dem Statorboden oder
einer axialen Außenwand des Stators befestigt ist. Be-
sonders bevorzugt besitzen die beiden Kugellager einen
vorgegebenen axiale Versatz, und das erste Kugellager

- 5 -

besitzt eine kleinere Bauhöhe als das äußere zweite
Kugellager. Das erste Kugellager ist in einem um den
Versatz größeren axialen Abstand von der Nabe angeord-
net, als das zweite Kugellager. Die Bauhöhe und der
Versatz des ersten Kugellagers sind bevorzugt so bemes-
sen, daß das erste Kugellager noch innerhalb des Zylin-
ders liegt, der von dem zweiten Kugellager aufgespannt
wird. Bei dieser Ausführungsform der Erfindung wird die
axiale Bauhöhe des Antriebsmotors im wesentlichen von
der Dicke des Statorbodens, der axialen Bauhöhe des
zweiten Kugellagers und der Dicke der Rotorscheibe be-
grenzt, welche den Innenring des zweiten Kugellagers
trägt, sich bevorzugt auch über den Außenring des zwei-
ten Kugellagers erstreckt und den Stator-Innenraum über-
deckt. Diese Ausführungsform der Erfindung ermöglicht
eine besonders flache Bauweise des Antriebsmotors bei
insgesamt geringem Raumbedarf des Antriebs und einem
vergleichsweise großen virtuellem Lagerabstand.

Der Stator besitzt bevorzugt eine zentrale Bohrung, die
durch eine benachbarte Innenwand begrenzt ist. Von der
Innenwand erstreckt sich radial auswärts der Statorbo-
den, der zur Aufnahme des zweiten Kugellagers bevorzugt
axial abgekröpft ist. Radial auswärts von dem zweiten
Kugellager besitzt der Stator eine axiale Außenwand.

Der Rotor enthält bevorzugt ein zentrale Welle, die in
die zentrale Bohrung des Stators hineinragt, wobei der
Innenring des ersten Kugellagers auf der Welle, der
Außenring auf einer Schulter der Stator-Innenwand ruht.
Die Welle des Rotors geht bevorzugt einstückig in die
Nabe über, die unmittelbar über der Rotorscheibe einen
radialen Nabenflansch aufweist.

- 6 -

Vorteilhafte Weiterbildungen der Erfindungen sind durch
die Merkmale der Unteransprüche gekennzeichnet.

Im folgenden werden Ausführungsbeispiele der Erfindung
anhand der Zeichnungen näher erläutert. Es zeigen:

Fig. 1  Einen Querschnitt durch eine erste Ausführungs-
        form des Plattenspeicherantriebs;

Fig. 2  einen Querschnitt durch eine zweite Ausführungs-
        form des Plattenspeicherantriebs; und

Fig. 3  eine der Figur 2 entsprechende Darstellung, in
        die der virtuelle Lagerabstand eingezeichnet
        ist.

In den Figuren 1 und 2 ist ein Querschnitt durch einen
Plattenspeicherantrieb dargestellt, der einen Stator 2,
und einen Rotor 20 mit einer zentrischen Nabe 22 ent-
hält. Die Nabe 22 ist mit einem radialen Nabenflansch 26
versehen, welcher zur Auflage einer ersten Festplatte
dient, die auf die Außenfläche 24 der Nabe zentriert
ist. Unter Zwischenfügung von Abstandsringen (nicht
dargestellt) lassen sich auf die Nabe mehrere Festplat-
ten in vorgegebenem Abstand aufsetzen.

Der Rotor 20 besitzt - in den Ausführungsformen gemäß
den Figuren 1 und 2 - eine zentrale Welle 21, die ein-
stückig mit der Nabe 22 ausgebildet ist. An der Unter-
seite des Nabenflansches 26 ist eine Rotorscheibe 28
befestigt, die sich radial bis zu einer Außenwand 12 des
Stators erstreckt. Der Stator 2 weist eine zentrale
Bohrung 3 auf, die von einer ringförmigen Innenwand 4
begrenzt ist. Von der Innenwand 4 zweigt radial nach
außen ein Boden 8 ab, der zur Erhöhung des Motorvolumens
außen eine ringförmige Abkröpfung 10 besitzt, die durch
eine axial verlaufende, ringförmige Außenwand 12 be-

- 7 -

grenzt ist.

Zwischen Rotor 20 und Stator 2 befindet sich ein Lager-
system aus einem ersten Kugellager 40 und einem zweiten
Kugellager 50. Das erste Kugellager 40 lagert den Rotor
in vergleichsweise geringem Abstand von der Rotorachse 1
gegen den Stator 2, und das zweite Kugellager 50 lagert
den Rotor 20 gegen den Stator 2 in vergleichsweise
großem Abstand von der Rotationsachse 1.

In den dargestellten Ausführungsformen sitzt der Innen-
ring 42 des ersten Kugellagers 40 auf der Welle 21, und
der Außenring 44 des ersten Kugellagers 40 sitzt auf
einer Schulter 6 der benachbarten, ringförmigen Innen-
wand 4 des Stators 2. Die Schulter 6 legt den Außenring
44 axial fest.

Der Innenring 52 des zweiten Kugellagers 50 ist radial
außen an der Rotorscheibe 28 befestigt, und der Außen-
ring 54 des zweiten Kugellagers 50 sitzt auf einer unte-
ren Schulter 11 des abgekröpften Ringabschnitts 10 des
Statorbodens 8, unmittelbar vor der Außenwand 12 des
Stators 2.

In der Ausführungsform gemäß Fig. 1 ist auf der Mantel-
fläche des Innenrings 52 des zweiten Kugellagers 50 ein
Permanentmagnet-Ring 30 aufgebracht, der - über einen
axialen Luftspalt 18 - mit dem Magnetfeld der Stator-
wicklungen 14 zusammenwirkt, die um die Innenwand 4 des
Stators 2 herum angeordnet sind.

Die Ausführungsform gemäß Fig. 2 unterscheidet sich von
der Ausführungsform gemäß Fig. 1 insoweit, als der Perm-
anentmagnet-Ring 30 in Fig. 2 auf der Innenfläche eines

- 8 -

axialen Rotorstegs 29 sitzt, der einen magnetischen
Rückschluß für die radial austretenden Magnetfelder des
Permanentmagnet-Rings 30 bildet. In geringem radialem
Abstand vom Rotorsteg 29 ist dann der Innenring 52 des
zweiten Kugellagers 50 an der Rotorscheibe 28 befestigt.

Das aus den beiden Kugellagern 40 und 50 bestehende
Lagersystem besitzt in den dargestellten Ausführungsfor-
men folgenden Charakteristika: der Außendurchmesser $D_{1A}$
des ersten Kugellagers 40 ist kleiner als der Innen-
durchmesser $D_{2I}$ des zweiten Kugellagers. Die Statorwick-
lungen 14 und der Permanentmagnet-Ring 30 bilden einen
axialen Luftspalt 18, der zwischen der Innenring-Mantel-
fläche des zweiten Kugellagers 50 und der Außenring-
Mantelfläche des ersten Kugellagers 40 liegt. Die beiden
Kugellager 40, 50 besitzen einen axialen Versatz V,
vergleiche insbesondere Fig. 3, und zwar weist das erste
Kugellager 40 einen um den Versatz V größeren axialen
Abstand von der Nabe 22 auf als das zweite Kugellager
50. Die Bauhöhe des ersten Kugellagers 40 ist kleiner
als diejenige des zweiten Kugellagers 50.

In den in den Figuren 1 und 2 dargestellten Ausführungs-
formen ist der axiale Versatz V des ersten Kugellagers
so auf die Bauhöhen der beiden Kugellager 40, 50 abge-
stimmt, daß das erste Kugellager 40 innerhalb eines von
dem zweiten Kugellager 50 aufgespannten Zylinders liegt.
Die Bauhöhe des zweiten Kugellagers 50 bestimmt daher -
zusammen mit der Dicke des Statorbodens 8, 10 und der
Dicke der Rotorscheibe 28 die axiale Bauhöhe B des An-
triebsmotors.

In der Ausführungsform gemäß Figur 1 ist die Rotorschei-
be 28 radial über den Innenring 52 bis über den Außen-

Minebea v. Papst
Civil Action No. 97-0590
(PLF)

PL569387

- 9 -

ring 54 des zweiten Kugellagers 50 gezogen und endet bei
einen geringen Abstand vor der Außenwand 12 des Stators.
In der Ausführungsform gemäß Fig. 2 ist dagegen die
Rotorscheibe 28, die mit der Nabe einstückig ausgebildet
sein kann, radial nur über den Kugelraum des zweiten
Kugellagers 50 gezogen, sie endet radial vor dem Außen-
ring 54 des zweiten Kugellagers 50.

Fig. 3 zeigt eine der Fig. 2 entsprechende Darstellung,
in welche der axiale Versatz V zwischen den beiden Ku-
gellager 40, 50 eingetragen ist. Außerdem ist durch die
Pfeile A und B die Verspannung markiert, welche dem La-
gersystem bei der Montage eingeprägt wird. Zur Verwirk-
lichung der Verspannung wird der Innenring 42 des ersten
Kugellagers 40 axial zur Nabe 22 hin gegen den Außenring
44 verspannt und dann auf der Welle festgesetzt, ver-
gleiche Pfeil A. Der Innenring 52 des zweiten Lagers 50
erhält eine entgegengesetzt gerichtete Verspannung,
Pfeil B und wird unter dieser Verspannung festgesetzt.
Eine Gerade G1, welche die Berührungspunkte der Kugeln
mit den Laufbahnen des entsprechend verspannten zweiten
Kugellagers 50 schneidet, bildet mit der Rotationsachse
1 den Schnittpunkt g1. Eine entsprechende Gerade G2,
welche die Berührungspunkte der Kugeln mit den Laufbah-
nen des ersten Kugellagers 40 schneidet, bildet mit der
Rotationsachse 1 den Schnittpunkt g2. Der Abstand zwi-
schen den Schnittpunkten g1, g2 wird als virtueller
Lagerabstand $l_v$ bezeichnet. Dieser virtuelle Lagerab-
stand $l_v$ stellt ein Maß für die Steifigkeit des Lagersy-
stems dar. Aufgrund des axialen Versatzes V der beiden
Kugellager 40, 50 sowie ihres radialen Versatzes ist der
virtuelle Lagerabstand $l_v$, und damit die Steifigkeit des
Lagersystems besonders groß, außerdem ist die axiale
Bauhöhe B des Antriebsmotors besonders gering.

PL569387

- 10 -

<u>P A T E N T A N S P R Ü C H E</u>

1.   Plattenspeicherantrieb mit einem Stator, einem
Rotor mit einer zentrischen Nabe, auf deren Außenfläche
eine oder mehrere Festplatten befestigbar sind, und mit
zwei Kugellagern zwischen dem Rotor und dem Stator,
dadurch gekennzeichnet, daß das erste Kugellager (40)
den Rotor (20) in geringerem radial Abstand, das zweite
Kugellager (50) den Rotor (20) in größerem radial Ab-
stand von der Rotationsachse (1) gegen den Stator (2)
lagert.

2.   Plattenspeicherantrieb nach Anspruch 1,
dadurch gekennzeichnet, daß der Außendurchmesser ($D_{1A}$)
des ersten Kugellagers (40) kleiner ist als der Innen-
durchmesser ($D_{2I}$) des zweiten Kugellagers.

3.   Plattenspeicherantrieb nach Anspruch 1 oder 2,
wobei der Rotor (20) einen Permanentmagnetring (30)
enthält, der die Statorwicklungen (14) mit Luftspalt
(18) umgibt,
dadurch gekennzeichnet, daß der Luftspalt (18) zwischen
der Innenring-Mantelfläche des zweiten Kugellagers (50)
und der Außenring-Mantelfläche des ersten Kugellagers
(40) liegt.

4.   Plattenspeicherantrieb nach einem der vorstehenden
Ansprüche,
dadurch gekennzeichnet, daß die beiden Kugellager (40,
50) einen axialen Versatz V aufweisen.

- 11 -

5.   Plattenspeicherantrieb nach Anspruch 4,
dadurch gekennzeichnet, daß das erste Kugellager (40)
einen um den Versatz V größeren axialen Abstand von der
Nabe (22) besitzt als das zweite Kugellager (50).

6.   Plattenspeicherantrieb nach einem der vorstehenden
Ansprüche,
dadurch gekennzeichnet, daß der Rotor (20) eine zentrale
Welle (21) enthält, die in eine zentrale Bohrung (3) des
Stators (2) hineinragt, und daß der Innenring (42) des
ersten Kugellagers (40) auf der Welle (21), der Außen-
ring (44) auf einer Schulter (6) einer benachbarten
Innenwand (4) des Stators (2) sitzt.

7.   Plattenspeicherantrieb nach einem der vorstehenden
Ansprüche,
dadurch gekennzeichnet, daß der Innenring (52) des zwei-
ten Kugellagers (50) radial außen an einer mit der Nabe
(22) verbundenen Rotorscheibe (28) befestigt ist, und
das der Außenring (54) des zweiten Kugellagers (50)
radial außen auf dem Statorboden (8) aufsitzt.

8.   Plattenspeicherantrieb nach einem der vorstehenden
Ansprüche,
dadurch gekennzeichnet, daß der Innenring (42) des er-
sten Kugellagers (40) eine axial zur Nabe hin gerichtete
Verspannung, der Innenring (52) des zweiten Kugellagers
(50) eine axial entgegengesetzt gerichtete Verspannung
besitzt.

9.   Plattenspeicherantrieb nach einem der vorstehenden
Ansprüche,
dadurch gekennzeichnet, daß das erste Kugellager (40)
eine geringere Bauhöhe aufweist, als das zweite Kugella-

PL569390

- 12 -

ger (50).

10.    Plattenspeicherantrieb nach einem der vorstehen-
Ansprüche,
dadurch gekennzeichnet, daß das erste Kugellager (40)
innerhalb des Zylinders liegt, der von dem zweiten Ku
gellager (50) aufgespannt ist.

11.    Plattenspeicherantrieb nach einem der vorstehen
Ansprüche,
dadurch gekennzeichnet, daß der Permanentmagnet-Ring
(30) des Rotors (20) an der Innenring-Mantelfläche de
zweiten Kugellagers (50) angeordnet ist.

12.    Plattenspeicherantrieb nach einem der vorsteher
Ansprüche,
dadurch gekennzeichnet, daß der Permanentmagnet-Ring
(30) an der Innenmantelfläche eines axialen Rotorsteg
(29) befestigt ist, und daß der Innenring (52) des z
ten Kugellagers (50) an bzw. im Abstand von der Auße
mantelfläche des axialen Rotorsteges (29) am Rotor a
ordnet ist.

13.    Plattenspeicherantrieb nach einem der vorstehe
Ansprüche,
dadurch gekennzeichnet, daß die Welle (21) einstücki
die Nabe (22) übergeht, daß die Nabe (22) in vorgege
nem Abstand von ihrem freien Ende einen radialen Nab
flansch (26) enthält, auf dessen Unterseite die Roto
scheibe (28) befestigt ist.

14.    Plattenspeicherantrieb nach Anspruch 13,
dadurch gekennzeichnet, daß sich die Rotorscheibe (2
radial mit geringem axialen Abstand über den Außenri

Minebea v. Papst
Civil Action No. 97-0590
(PLF)

PL569390

PL569391

- 13 -

(54) des zweiten Kugellagers (50) erstreckt.

15.    Plattenspeicherantrieb nach einem der vorstehenden
Ansprüche,
dadurch gekennzeichnet, daß der Stator (2) eine ringför-
mige Innenwand (4), welche die zentrale Bohrung (3)
begrenzt, einen von der Innenwand (4) radial nach außen
verlaufenden Boden (8) auf welches der Außenring (54)
des zweiten Kugellagers (50) aufsitzt, und eine der
Mantelfläche des Außenrings (54) unmittelbar benachbarte
ringförmige Außenwand (12) besitzt.

16.    Plattenspeicherantrieb nach Anspruch 15,
dadurch gekennzeichnet, daß die ringförmige Außenwand
(12) des Stators (2) sich axial über den Außenring (54)
des zweiten Kugellagers (50) hinaus bis zur nabenseiti-
gen Oberfläche der Rotorscheibe (28) erstreckt.

17.    Plattenspeicherantrieb nach einem der vorstehenden
Ansprüche,
dadurch gekennzeichnet, daß die Statorwicklung (14) der
Innenwand (4) des Stators (2) benachbart auf dem Stator-
boden (8) angeordnet ist.

18.    Plattenspeicherantrieb nach einem der vorstehen-
den Ansprüche,
dadurch gekennzeichnet, daß die Dicke des Statorbodens
(8), die axiale Höhe des zweiten Kugellagers (50) und
die Dicke der Rotorscheibe (28) die axiale Bauhöhe B des
Antriebsmotors festlegt.

PL569392

– 14 –


## Z U S A M M E N F A S S U N G


Es wird ein Plattenspeicherantrieb mit einem Stator und
einem Rotor mit einer zentrischen Nabe angegeben, auf
deren Außenfläche eine oder mehrere Festplatten befe-
stigbar sind. Das Lagersystem zwischen dem Rotor und dem
Stator enthält zwei Kugellager. Das erste Kugellager
lagert im Rotor in vergleichsweise geringem radialen
Abstand gegen den Stator, und das zweite Kugellager
lagert den Rotor gegen den Stator in größerem radialen
Abstand.

PL569393



Fig. 1

Minebea v. Papst
Civil Action No. 97-0590
(PLF)

PL569393

PL569394



Fig.2

Minebea v. Papst
Civil Action No. 97-0590
(PLF)

E - 5011

PL569395



Fig. 3

Minebea v. Papst
Civil Action No. 97-0590
(PLF)

PL569395

PL569396

**14**

PL569396

PL569397



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/974,419 | 11/12/92 | HANS | H | 53944 |

FITCH, EVEN, TABIN & FLANNERY
135 SOUTH LASALLE ST., STE 900
CHICAGO, IL 60603-4277

7512/1005

| EVANS, EXAMINER | |
|---|---|
| ART UNIT | PAPER NUMBER |
| 2512 | 6 |

DATE MAILED:
10/05/94

## PRIORITY ACKNOWLEDGMENT

☒ 1. Receipt is acknowledged of papers submitted under 35 U.S.C. 119. The papers have been placed of record in the file.

☐ 2. Applicant's claim for priority, based on papers filed in parent application Serial No. _____ submitted under 35 U.S.C. 119, is acknowledged.

☐ 3. The priority papers, submitted _____, are not acknowledged since they were filed later than the date on which the issue fee was paid. To have the priority papers considered for entry, a petition must be filed in accordance with 37 CFR 1.55(b) requesting their entry together with the fee set forth in 37 CFR 1.17(i).

Manager, Publishing Division
Office of Publication and Dissemination

PL569397

Form PTOL - 147 (Rev. 4-82)