

PATENT APPLICATION

ATTORNEY DOCKET
NO.   53444

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:   Uwe Muller et al.

Serial No.: 07/907,516

Filed:       July 1, 1992

Title:       AXIALLY COMPACT DIRECT
             DRIVE FOR STORAGE DISK
             HUB

Group Art Unit:   3403

Examiner:         P. Korytnyk

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Batch U55 - Notice of
Allowance dated 1/27/94**

**CERTIFICATE OF MAILING**

I hereby certify that this paper is
being deposited with the United States
Postal Service as first class mail in an
envelope addressed to:  Commissioner of
Patents and Trademarks, Washington, D.C.
20231, on this date.

4/20/94   _Kenneth H Samples_
Date      Registration No.   25,747
          Attorney for Applicant(s)

## TRANSMITTAL OF PRIORITY DOCUMENT

Honorable Commissioner of Patents
   and Trademarks
Box Issue Fee
Washington, D.C. 20231

Sir:

        Enclosed herewith is a certified copy of German
Patent Application No. P 41 21  693.8 filed July 1, 1991, the
priority date of which is claimed in connection with the
above-identified application.

                        Respectfully submitted,

                        FITCH, EVEN, TABIN & FLANNERY


                By: _Kenneth H Samples_
                        Kenneth H. Samples
                        Registration No. 25,747


Date:   __April 20, 1994__

135 South LaSalle St., Suite 900
Chicago, Illinois 60603-4277
(312)  372-7842

Minebea v. Papst
Civil Action No. 97-0590
(PLF)

PL569225

PL569226

# BUNDESREPUBLIK DEUTSCHLAND

 

## Bescheinigung

Die PAPST-MOTOREN GmbH & Co KG in 7742 St. Georgen hat
eine Patentanmeldung unter der Bezeichnung

"Axial kompakter Direktantrieb für eine Platten-
speichernabe"

am 1. Juli 1991 beim Deutschen Patentamt eingereicht.

Die angehefteten Stücke sind eine richtige und genaue
Wiedergabe der ursprünglichen Unterlagen dieser Patent-
anmeldung.

Die Anmeldung hat im Deutschen Patentamt vorläufig die
Symbole G 11 B 19/20, H 02 K 5/16 und H 02 K 21/12 der
Internationalen Patentklassifikation erhalten.

München, den 19. Dezember 1991

**Der Präsident des Deutschen Patentamts**

Im Auftrag

Lissner

Aktenzeichen: P 41 21 693.8

A 9181
6.90

PAPST-MOTOREN GmbH & Co KG
7742 St. Georgen

01.07.1991
011-HDP/de
DE-501D

Axial kompakter Direktantrieb für eine Plattenspeichernabe

Die Anmeldung betrifft eine gattungsgemäße Vorrichtung nach
dem Oberbegriff des Anspruchs 1. Bei solchen Anordnungen
kreist das Bemühen wegen der extremen Genauigkeitsanforderungen
und bei zunehmender Kleinheit der Speicherplatten von 2,5 zu
1,8 bzw. sogar 1,3 Zoll Durchmesser (1 Zoll = 25,4 mm) um die
Einhaltung extremer Toleranzen und spezifischer Qualitätsan-
forderungen, die man bei diesen Motoren zu leisten hat, wie
z. B. dem nicht wiederholbaren Schlag oder dem NRR (non-
repeatable run out). Dazu muß noch schwankende Temperatur
verkraftet werden. Eine gewisse Tragfähigkeit der Lagerung
ist zu garantieren. Bestimmte Resonanzfrequenzen sind zu
vermeiden.

Der Erfindung liegt also die Aufgabe zugrunde, einen in der
Massenfertigung beherrschbaren Kleinstmotor, der die o. g.
Eigenschaften zusätzlich leistet, zu entwerfen.



Die Erfindung wird mit den Mitteln des Anspruchs 1 gelöst und
die Unteransprüche zeigen weitere Ausbildungen der Erfindung.

Im folgenden ist ein Überblick über die in den Figuren 1 bis
6 geschilderten Ausführungsbeispiele gegeben.

Die Figuren 1, 3, 5 zeigen sogenannte Außenläufer-Varianten,
bei denen also ein Innenstator ortsfest an einer unteren
Platte fixiert ist, wobei um den zylindrischen Außenumfang des
Innenstators ein permanentmagnetischer Ring rotiert, welcher,
mit oder ohne separatem hohlzylindrischen Rückschlußring, das
elektromotorische Antriebselement im Außenrotor bildet, der
wie eine Tasse oder Glocke gestaltet ist und in den dieser
Permanentmagnetring eingesetzt ist.

Minebea v. Papst
Civil Action No. 97-0590
(PLF)

PL569227

PL569228

- 2 -                    01.07.1991
                         011-HDP/de
                         DE-5010

Die Figuren 2, 4, 6 zeigen alternativ dazu sogenannte Innen-
rotor-Lösungen, wobei die Rotorwelle unmittelbar den
permanentmagnetischen Ringrotor trägt (u. U. auch unter
Zwischenschaltung eines weichmagnetischen, hohlzylindrischen
Rückschlußringes), dessen Außenumfang im Innern eines hohl-
ringartigen Statorblechpaketes rotiert, welches seinerseits
mit einer unteren Platte ortsfest verbunden ist.

Das gemeinsame dieser Figuren besteht nun darin, daß die
rotierende Glocke oder der rotierende Topf gleichzeitig die
Plattenspeichernabe bildet und an ihrem Außenumfang radial den
Motor insgesamt so umgreift, daß im Außenrandbereich des
Rotors, also außerhalb des direktantreibenden Motors, die
Lagerung vorgesehen ist.

Alle Schnitte sind Längsschnitte durch die Achse, die in den
Figurenmitten von oben nach unten verlaufend zu denken sind.

In allen Figuren zeigt die Ziffer 1 einen Innenstator, der
von unten an einer Platte 8 gehaltert ist, und das gleiche
gilt für die Ziffer 2, die einen hohlringartigen Außenstator
zeigt, der ebenfalls mittelbar oder unmittelbar an der
unteren Tragplatte 8 gehaltert oder fest mit ihr verbunden
ist.

3 sind die Außenläuferpermanentmagnete ringförmig angeordnet,
die in vorkragende Ringteile 17 greifen, die an der Nabe 5
befestigt oder vorzugsweise einstückig mit ihr gestaltet
sind. 4 ist ein Innenpermanentmagnetrotorring, der vorzugs-
weise fest mit einer zentralen Welle 6 verbunden rotiert,
welche in die Speicherplattennabe 5 übergeht, indem sie sich
im Nabenbereich radial stark erweitert.

7 sind die zylindrischen, sehr genauen Aufnahmeflächen für die
Speicherplatten. Diese bilden mit der Zentralscheibe und dem

Minebea v. Papst
Civil Action No. 97-0590
(PLF)

PL569228

PL569229

- 3 -                01.07.1991
                     011-HDP/de
                     DE-5010

anschließenden Absatz 14 oder 15 abgesetzt das eigentliche
Nabenelement und diese abgesetzten radial vorkragenden
Scheibe 14 ist im Falle der Figur 1 und 2 ein hohlzylindri-
scher Ansatz 11 einstückig angegossen, und zwar am radail
äußersten Ende, so daß dieser Hohlzylinder 11 mit dem abge-
setzten Teil 14 der Aufnahmefläche 7 und dem zentralen Flansch
oder Scheibenteil 5 die Glockenform oder die Topfform bestimmt
und andererseits ist dieser vorkragende Rand 11 mit dem Außen-
laufring des Lagers 10 drehfest verbunden, wie Figur 1 und
2 zeigen, während dessen Innenlaufring an die von der Platte
8 ortsfest axial hochragende Ringteile 16 gehaltert ist. Die
Teile 16, 17, das Lager 10 und 11 sind axial ineinander ge-
schachtelt, so daß sie alle radial übereinander liegen. Beim
ganzen Konzept, das gilt für alle Figuren 1 bis 6, ist kenn-
zeichnend, daß die Lagerung 10, 12, 18 und 19 radial außerhalb
des Motors liegt, diesen also umgibt. Der antreibende Motor
ist also quasi in die Lagerung hineingesteckt.

Während in Figur 2 der Innenstator am hochkragenden Ring 16
gehaltert ist, ist der Innenstator 2 in der Figur 4 unmittel-
bar an der Basisplatte 8 verbunden, z. B. mit dieser ver-
gossen oder verklebt. Der Außenring 13, der im Falle der
Figur von der Platte 8 aus hochragt, ist in Figur 2 rotierend
ausgebildet, indem die hohzylindrische Wand 11,wie auch Figur
1 und 2 zeigen, von der rotierenden Nabe aus gebildet wird.
Dadurch sind im Falle der Figur 1 und 2 die Außenlaufringe in
die topfförmige Nabe eingesetzt und rotieren mit dieser,
während im Falle der Figuren 3 und 4 die Innenringe dieser
Außenlagerung 12 mit der heruntergezogenen Ringwand 17
rotieren. Im Falle der Außenläufer-Lösungen Figur 1, 3, 5 hat
der Luftspalt die Ziffer 22, bei den Figuren 2, 4, 6 für die
Innenläufer-Varianten ist er mit 23 beziffert. Die herunter-
gezogenen Ringteile 17 tragen bei der Figur 1 und 3 den hohl-
zylindrischen Permanentring großen Durchmessers (wie auch in
Figur 5), der eine größere Luftspaltfläche gestattet, wodurch

PL569230

- 4 -                01.07.1991
                              011-HDP/de
                              DE-5010

der magnetische Fluß, der den Luftspalt durchsetzt, nicht eine
extrem hohe Dichte nötig hat wie im Falle der Figuren 2, 4 und
6, was gestattet, diesen aus billigerem Material zu machen.
Die Platten sitzen nicht nur auf der hochgenauen zylindrischen
Außenfläche 7 sondern liegen auch auf den Absätzen, die radial
vorkragen,14, 15 auf. Diese Absätze decken zum Teil die Lager
insbesondere im Falle der Figuren 3 und 4 ab, so daß die
Möglichkeit besteht, konstruktiv bei den Spalten 28, 29 noch
Labyrinthdichtungselemente vorzusehen. Figur 5 und 6 zeigen
eine axial länger bauende Anordnung, welche zum Antrieb
mehrerer Platten vorgesehen ist, in den die Zylinderfläche
7 länger baut. Man sieht hier zwei axial übereinander in die
Außenrotorglocke 5, 24 eingesetzte Lager 18, 19 vor, die durch
einen statorseitigen Distanzring getrennt sind. In beiden
Fällen, Figur 5 und 6, tragen die Außenlaufringe der Lager
18, 19 die Wand 24 der Plattenspeichernabe, die mit dem Ab-
satz 15 bis auf die Platte 8 bündig heruntergezogen ist.
In den Figuren 1, 3, 5 ist die zentrale Scheibe 5, die das
Zentrum der Nabe bildet, sozusagen wellenlos, während bei den
Figuren 2, 4, 6 diese Platte in die zentrale Welle 6, die
rotiert, übergeht.

Im Falle der Figur 1, 3 und 5 kann der Innenstator natürlich
auch über eine sogenannte stehende Welle gehaltert werden,
jedoch greifen die Lagermittel hier dann nicht an dieser
stehenden Welle an.

                              Im Hinblick auf die
Kriterien bei diesen Spezial-Motoren für eine hohe Trag-
fähigkeit und für eine gute Vorspannung hat sich dieses neue,
erfindungsgemäße Konzept als vorteilhaft erwiesen, ebenso für
die Geräuschentwicklung und auch die körperliche Laufruhe.
Diese relativ groß bauenden Lagerungen nach der Erfindung
haben auch eine größere Kugelzahl, was sich günstig auf die
geforderten Eigenschaften auswirkt.

PL569230

PL569231

-5-

PAPST-MOTOREN GmbH & Co KG                01.07.1991
7742 St. Georgen                          011-HDP/de
                                          DE-5010

Ansprüche

1. Plattenspeicherantrieb mit einem Stator, einem Rotor,
   einer Lagerung und einer koaxialen Nabe, auf deren
   Außenfläche eine oder mehrere Festplatten befestigt
   sind,
   dadurch gekennzeichnet, daß die Nabe (  ) im Bereich ihres
   radial äußeren Randes (  ) drehbar gelagert ist.

2. Kompakter Antrieb, insbesondere für Hartplattenspeicher,
   dadurch gekennzeichnet, daß die Lagerung den gesamten
   Antriebsmotor ringförmig umschließt, d. h. radial umgibt.

3. Festplattenspeicher nach Anspruch 1 oder 2,
   dadurch gekennzeichnet, daß die Nabe (5, 7) im wesent-
   lichen topfförmig ausgebildet, an dessen zylindrischer
   Innenwand (11, 24) der Außenring (  ) mindestens eines
   Kugellagers (10, 18, 19) befestigt ist (Fig. 1, 2, 5, 6).

4. Festplattenspeicher nach Anspruch 1 oder 2,
   dadurch gekennzeichnet, daß die Außenfläche (7) der Nabe
   (5) radial in eine flanschartige Auflage (14) übergeht,
   wobei auf deren axial anderen Seite der Innenring (  )
   mindestens eines Kugellagers (12) befestigt ist (Fig. 3, 4).

5. Antrieb nach einem der vorhergehenden Ansprüche,
   dadurch gekennzeicht, daß alle stehenden und rotierenden
   Zylinder- oder Ringteile radial übereinanderliegend auf-
   gebaut sind, wobei vorzugsweise für die Genauigkeit
   fordernden Teile ein Minimum an Fügestellen vorgesehen ist.

PL569232

-5-

PAPST-MOTOREN GmbH & Co KG ·                    01.07.1991
7742 St. Georgen                                011-HDP/de
                                                DE-5010

### Ansprüche

1.  Plattenspeicherantrieb mit einem Stator, einem Rotor,
    einer Lagerung und einer koaxialen Nabe, auf deren
    Außenfläche eine oder mehrere Festplatten befestigt
    sind,
    dadurch gekennzeichnet, daß die Nabe (  ) im Bereich ihres
    radial äußeren Randes (  ) drehbar gelagert ist.

2.  Kompakter Antrieb, insbesondere für Hartplattenspeicher,
    dadurch gekennzeichnet, daß die Lagerung den gesamten
    Antriebsmotor ringförmig umschließt, d. h. radial umgibt.

3.  Festplattenspeicher nach Anspruch 1 oder 2,
    dadurch gekennzeichnet, daß die Nabe (5, 7) im wesent-
    lichen topfförmig ausgebildet, an dessen zylindrischer
    Innenwand (11, 24) der Außenring (  ) mindestens eines
    Kugellagers (10, 18, 19) befestigt ist (Fig. 1, 2, 5, 6).

4.  Festplattenspeicher nach Anspruch 1 oder 2,
    dadurch gekennzeichnet, daß die Außenfläche (7) der Nabe
    (5) radial in eine flanschartige Auflage (14) übergeht,
    wobei auf deren axial anderen Seite der Innenring (  )
    mindestens eines Kugellagers (12) befestigt ist (Fig. 3, 4).

5.  Antrieb nach einem der vorhergehenden Ansprüche,
    dadurch gekennzeichent, daß alle stehenden und rotierenden
    Zylinder- oder Ringteile radial übereinanderliegend auf-
    gebaut sind, wobei vorzugsweise für die Genauigkeit
    fordernden Teile ein Minimum an Fügestellen vorgesehen ist.

PL569233

- 6 -                    01.07.1991
                         011-HDP/de
                         DE-5010

6.  Antrieb nach einem der Ansprüche 1 bis 5,
    dadurch gekennzeichnet, daß die Lagerung Doppelkugellager
    (10, 12) oder zwei axial distanzierte Kugellager (18, 19)
    aufweist.

7.  Antrieb nach einem der Ansprüche 1 bis 6,
    dadurch gekennzeichnet, daß die vorzugsweise hohlzylin-
    drischen permanenten Rotormagneten auf der Luftspalt-
    abseitigen Seite einen weichmagnetischen (in den Figuren
    nicht dargestellten) zusätzlichen Rückschluß aufweisen
    und die übrigen tragenden Rotorteile aus Leichtmetall
    (oder nicht ferromagnetisch) sind, oder der ganze übrige
    Rotor aus Stahl besteht und jeweils der Rotor selbst
    die Nabe bildet.

Minebea v. Papst
Civil Action No. 97-0590
(PLF)

PL569233

PL569234



Fig. 1



Fig. 2

Minebea v. Papst
Civil Action No. 97-0590
(PLF)

PL569234

E - 5010                    1/3

PL569235



*Fig. 3*



*Fig. 4*

Minebea v. Papst
Civil Action No. 97-0590
(PLF)

PL569235

DE - 5010                2/3



Fig. 5

Fig. 6

Minebea v. Papst
Civil Action No. 97-0590
(PLF)

DE - 5010          3/3          PL569236