UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
MINEBEA CO., LTD., et al.,          )
                                    )
       Plaintiffs,                  )
                                    )
   v.                               )   Civil Action No. 97-0590 (PLF)
                                    )
GEORG PAPST, et al.,                )
                                    )
       Defendants.                  )
_____ )


ORDER

For the reasons stated in the Memorandum Opinion issued this same day, it is hereby

ORDERED that Papst shall produce any remaining documents which it is withholding under the work product privilege which do not satisfy this Court's previous rulings with respect to what constitutes protected attorney work product; it is

FURTHER ORDERED that Papst shall immediately produce all documents withheld under the attorney-client privilege dealing with the same subject matter as attorney-client communications which have already been revealed to third parties; "same subject matter" does not extend to communications regarding different patents than those discussed in those communications which were revealed; it is

FURTHER ORDERED that Papst shall immediately produce all documents withheld under the work product privilege which contain infringement analyses or other work product on the same subject matter as work product sent to adversaries; "same subject matter"

does not extend to work product regarding different patents than those included in the work product which was revealed; it is

FURTHER ORDERED that Papst will immediately produce all foreign language documents for which it originally failed to provide any translation to the Special Master; and it is

FURTHER ORDERED that Minebea's motion for clarification [678] is GRANTED; Minebea need not produce documents for which it provided a summary or partial translation to the Special Master.  Minebea is, however, instructed to make sure that all non-privileged documents are released in accordance with this Court's previous orders.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: May 13, 2005