UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                            )
MINEBEA CO., LTD., et al.,                      )
                                                            )
       Plaintiffs,                                  )
                                                            )
       v.                                                 )    Civil Action No. 97-0590 (PLF)
                                                            )
GEORG PAPST, et al.,                             )
                                                            )
       Defendants.                                )
_____)

## ORDER

For the reasons stated in the Opinion issued this same day, it is hereby

ORDERED that Papst's motion to exclude the expert testimony of Melvin F. Jager, Esq. [769] is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that Papst's motion to exclude the expert testimony of James A. Malackowski [770] is DENIED; it is

FURTHER ORDERED that Papst's motion to exclude the expert testimony of Martin J. Adelman, Esq. [771] is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that Papst's motion to exclude the expert testimony of Dr. Jerry A. Hausman [772] is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that Papst's motion to exclude the expert testimony of Rochelle Kopp [773] is GRANTED; it is

FURTHER ORDERED that Papst's motion to exclude the expert testimony of Steven Lubert, Esq. [774] is GRANTED; it is

FURTHER ORDERED that Papst's motion to exclude the testimony of Thomas E. Gardner [775] is DENIED; it is

FURTHER ORDERED that Papst's motion to exclude the expert testimony of Edward G. Fiorito [776] is GRANTED; it is

FURTHER ORDERED that Papst's motion to exclude the expert testimony of Warren Dalziel [777] is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that Minebea's motion to strike the expert testimony of Thomas C. Dodd [784] is GRANTED; it is

FURTHER ORDERED that Minebea's motion to strike the expert testimony of Bruce Dubinsky [785] is DENIED; it is

FURTHER ORDERED that Minebea's motion to strike the expert testimony of George Gerstman [786] is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that Minebea's motion to strike the expert testimony of Chera Sayers [787] is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that Minebea's motion to strike the expert testimony of Geoffrey Hazard is GRANTED; and it is

FURTHER ORDERED that Minebea's motion to strike Papst's statement regarding what claim interpretation the Court is to perform with regard to Mr. Dalziel's testimony [1020] is DENIED.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
DATE: June 21, 2005        United States District Judge